UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST and RACER PROPERTIES LLC,

                        Plaintiffs,

vs.

NATIONAL GRID USA, NIAGARA MOHAWK POWER CORPORATION, CARRIER CORPORATION, UNITED TECHNOLOGIES CORPORATION, CARLYLE AIR CONDITIONING COMPANY, INC., CENTER CIRCLES LLC, GENERAL ELECTRIC CORPORATION, BRISTOL-MEYERS SQUIBB COMPANY, NEW PROCESS GEAR CORPORATION, MAGNA POWERTRAIN USA, INC., CHRYSLER GROUP LLC, SOLVENTS AND PETROLEUM SERVICE, INC., THOMPSON CORNERS LLC, METALICO SYRACUSE REALTY, INC., METALICO NEW YORK, INC., ALERIS PARTNERS LLC, COOPER CROUSE-HINDS, LLC, GARDNER DENVER, INC., PRESTOLITE ELECTRIC INCORPORATED, ONX1 LLC, ONONDAGA POTTERY COMPANY, INC., SYRACUSE CHINA COMPANY, LIBBEY GLASS INC., AMPARIT INDUSTRIES, LLC, 6181 THOMPSON ROAD, LLC, CARRIER CIRCLE BUSINESS COMPLEX LLC, TELESECTOR RESOURCES GROUP, INC., WESTERN ELECTRIC COMPANY, INCORPORATED, FULTON IRON & STEEL CO. INC., SYRACUSE LEPAGE LLC, LENNOX INDUSTRIES INC., DEERE & COMPANY, SYRACUSE DEERE ROAD ASSOCIATES, LLC, JAGAR ENTERPRISES, INC., BURKO CORPORATION, EMPIRE PIPELINE CORPORATION, CALOCERINOS AND SPINA, C & S ENGINEERS, INC., and JOHN DOES,

                        Defendants.

**AFFIRMATION OF SERVICE**

Civil Action No.: 5:18-cv-01267

---

1

I, **JONATHAN R. TANTILLO,** an attorney at law admitted to practice in the State of New York, affirms under penalty of perjury that on December 12, 2018 at approximately 10:00 a.m., at the office of the Secretary of State of the State of New York located at One Commerce Plaza, 99 Washington Ave, 6th Floor, Albany, New York, I served the Summons, Complaint, and Filing Order (Docket No. 3) on ONX1 LLC, a Defendant in this action, by delivering to and leaving with Sue Zouky, an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, I paid said Secretary of State fee of 40 dollars; that said service was made pursuant to section §303 of the Limited Liability Company Law. The receipt for service is attached hereto.

Dated: Rochester, New York
       January 2, 2019

**KNAUF SHAW LLP**
Attorneys for Plaintiffs
Alan J. Knauf, Esq.,
 Linda R. Shaw, Esq., and
 Jonathan Tantillo, Esq., of Counsel
1400 Crossroads Building
2 State Street
Rochester, New York 14614
Tel.: (585) 546-8430

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  201812200227                              Cash #: 201812200165
Date of Service:  12/12/2018                    Fee Paid: $40 - CHARGE


Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:  ONX1 LLC



Plaintiff/Petitioner:
          REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPON
          SE TRUST



Service of Process Address:
ONX1 LLC
127 W FAIRBANKS AVE.
#410
WINTER PARK,  FL 32789
                                                       Secretary of State
                                                         By   SUE ZOUKY
```