UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACER Trust, et. al.,<br><br>    Plaintiff,<br><br>-v-<br><br>National Grid, USA, et. al.,<br><br>    Defendant. | 5:18-cv-1267-DNH-ATB<br><br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE THAT** Attorneys Jill M. Wheaton, Grant P. Gilezan, and Paul T. Stewart of Dykema Gossett PLLC hereby withdraw as counsel of record for Defendant, Magna Powertrain USA, Inc.

**PLEASE TAKE NOTICE THAT** John J. Kuster of Sidley Austin LLP shall continue to serve as counsel for Defendant, Magna Powertrain USA, Inc.

2

        Respectfully submitted,

        **DYKEMA GOSSETT PLLC**


        By: /s/ Jill M. Wheaton
            Jill M. Wheaton
            Grant P. Gilezan, *Pro Hac Vice*
            Paul T. Stewart, *Pro Hac Vice*
            2723 South State Street, Suite 400
            Ann Arbor, MI 48104
            (734) 214-7629


            /s/ John J. Kuster, *With Consent*
            John J. Kuster
            SIDLEY AUSTIN LLP
            787 Seventh Avenue
            New York, NY 10019
            Telephone: (212) 839-5300
            Facsimile: (212) 839-5599
            Email: jkuster@sidley.com

            *Attorneys for Magna Powertrain USA, Inc.*

Dated: August 15, 2019

3

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing System on August 15, 2019.

                                                Respectfully submitted,

                                                By:  /s/ Jill M. Wheaton
                                                Dykema Gossett PLLC
                                                Jill M. Wheaton
                                                2723 South State Street, Suite 400
                                                Ann Arbor, MI 48104
                                                (734) 214-7629