UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACER Trust, et. al.,<br><br>　　　　　　Plaintiff,<br><br>　　-v-<br><br>National Grid, USA, et. al.,<br><br>　　　　　　Defendant. | 5:18-cv-1267-DNH-ATB<br><br><br><br>**NOTICE OF WITHDRAWAL OF<br>APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE THAT** Attorneys Jill M. Wheaton, Grant P. Gilezan, and Paul T. Stewart of Dykema Gossett PLLC hereby withdraw as counsel of record for Defendant, New Process Gear, Inc.

**PLEASE TAKE NOTICE THAT** John J. Kuster of Sidley Austin LLP shall continue to serve as counsel for Defendant, New Process Gear, Inc.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**


By: /s/ Jill M. Wheaton
    Jill M. Wheaton
    Grant P. Gilezan, *Pro Hac Vice*
    Paul T. Stewart, *Pro Hac Vice*
    2723 South State Street, Suite 400
    Ann Arbor, MI 48104
    (734) 214-7629


    /s/ John J. Kuster, *With Consent*_____
    John J. Kuster
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, NY 10019
    Telephone: (212) 839-5300
    Facsimile: (212) 839-5599
    Email: jkuster@sidley.com

    *Attorneys for New Process Gear, Inc.*

Dated: August 15, 2019

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing System on August 15, 2019.

      Respectfully submitted,

By: /s/ Jill M. Wheaton
Dykema Gossett PLLC
Jill M. Wheaton
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7629