UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REVITALIZING AUTO COMMUNITIES
ENVIRONMENTAL RESPONSE TRUST and
RACER PROPERTIES LLC,

                            Plaintiffs,

      vs.

NATIONAL GRID USA, NIAGARA MOHAWK
POWER CORPORATION, CARRIER CORPORATION,
UNITED TECHNOLOGIES CORPORATION,
CARLYLE AIR CONDITIONING COMPANY, INC.,
CENTER CIRCLES LLC, GENERAL ELECTRIC
COMPANY, BRISTOL-MYERS SQUIBB
COMPANY, NEW PROCESS GEAR CORPORATION,
NEW PROCESS GEAR, INC.,
MAGNA POWERTRAIN USA, INC.,
OLD CARCO LLC f/k/a CHRYSLER LLC,
OLD CARCO LIQUIDATION TRUST , SOLVENTS AND PETROLEUM
SERVICE, INC., THOMPSON CORNERS LLC,
METALICO SYRACUSE REALTY, INC.,
METALICO NEW YORK, INC., ALERIS PARTNERS LLC,
COOPER CROUSE-HINDS, LLC, GARDNER
DENVER, INC., HONEYWELL INTERNATIONAL INC.,
PRESTOLITE ELECTRIC
INCORPORATED, ONX1 LLC,  LOCKHEED MARTIN CORPORATION,
ONONDAGA POTTERY COMPANY, INC.,
SYRACUSE CHINA COMPANY, LIBBEY GLASS INC.,
AMPARIT INDUSTRIES, LLC, 6181 THOMPSON
ROAD, LLC, CARRIER CIRCLE BUSINESS COMPLEX
LLC, TELESECTOR RESOURCES GROUP, INC.,
WESTERN ELECTRIC COMPANY, INCORPORATED,
NOKIA OF AMERICA CORPORATION,
FULTON IRON & STEEL CO. INC., SYRACUSE
LEPAGE LLC, LENNOX INDUSTRIES INC.,
DEERE & COMPANY, SYRACUSE DEERE ROAD
ASSOCIATES, LLC, JAGAR ENTERPRISES, INC.,
BURKO CORPORATION, EMPIRE PIPELINE
CORPORATION, CALOCERINOS AND SPINA,
C & S ENGINEERS, INC., B&B FAMILY LIMITED
PARTNERSHIP, NORTHERN INDUSTRIAL HOLDING, LLC

**ORDER TO SUBSTITUTE AND AMEND CAPTION PURSUANT TO FRCP RULES 15 AND 25(C)**

Civil Action No.: 5:18-cv-01267-DNH-ATB

UNITED STATES HOFFMAN MACHINERY CORPORATION,
THOMPSON NW, LLC, THOMPSON LAWN, LLC,
HAULER'S FACILITY LLC,
NORTHEAST MANAGEMENT SERVICES, INC.,
NORTH MIDLER PROPERTIES LLC,
and JOHN DOES,

                    Defendants.
_____

**WHEREAS,** on October 26, 2018, plaintiffs filed a Complaint, initiating this action, and later filed an Amended Complaint on April 30, 2019; and

**WHEREAS,** plaintiffs named Prestolite Electric Incorporated as a defendant; and

**WHEREAS**, a Waiver of Service of a Summons and the Complaint was executed on December 5, 2018 by attorneys for Prestolite Electric Incorporated, formerly known as PEI 1991 Acquisition, Inc. ("New Prestolite"), and filed by attorneys for plaintiffs on December 11, 2018 as Docket No. 33; and

**WHEREAS**, plaintiffs intended to name Prestolite Electric Incorporated, now known as "Old Electric, Inc." ("Old Prestolite"), as a defendant in this action, rather than New Prestolite; and

**WHEREAS,** this Court held a phone conference regarding this matter on September 25, 2019;

**IT IS HEREBY ORDERED THAT:**

(1) Old Prestolite is substituted as a defendant in place and instead of New Prestolite to correct the misnomer in identification of this defendant.

(2) All claims in the Complaint and Amended Complaint interposed against "Prestolite Electric Incorporated" are deemed interposed against Old Prestolite, and allegations

referencing "Prestolite Electric Incorporated" are corrected to reference "Old Electric, Inc."

(3) Any and all claims interposed in the Complaint and Amended Complaint against New Prestolite are dismissed, with prejudice.

(4) The Caption of this action is amended to change "Prestolite Electric Incorporated" to "Old Electric Inc."

(5) The time for Plaintiffs to serve Old Prestolite, pursuant to FRCP Rule 4(m), Local Rule 4.1(b) and General Order 25, shall be extended to 60 days after the date of this Order.

(6) The Waiver of Service filed as Docket No. 33 is deemed ineffective.

Dated: October 30, 2019

Andrew T. Baxter
U.S. Magistrate Judge