UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Revitalizing Auto Communities Environmental Response Trust, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> National Grid USA, et al., <br><br> *Defendants*. | Civil Action No. 5:18-CV-01267 (DNH/ATB) |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S
NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Defendant Honeywell International Inc. ("Honeywell"), upon its Memorandum of Law in Support of Its Motion to Dismiss, Affidavit of Brian Israel attached thereto, and upon all of the pleadings and prior proceedings herein, will move this Court on March 13, 2020, at 10:00 am or as soon thereafter as counsel can be heard, before the Honorable David N. Hurd, United States District Judge, Northern District of New York, at the U.S. Courthouse at 10 Broad Street, Utica, NY 13501, for an Order granting Honeywell's Motion to Dismiss Plaintiffs' Amended Complaint filed April 30, 2019, and granting such other and further relief as the Court deems just and proper, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and in accordance with the September 5, 2019, Text Order of U.S. Magistrate Judge Andrew T. Baxter.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any are filed, are to be served in accordance with Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.

2

Respectfully Submitted,

Dated: December 3, 2019      By:   /s/ Lauren Daniel
                                   Lauren Daniel
                                   Brian Israel
                                   Geoffrey Michael
                                   John Robinson
                                   ARNOLD & PORTER KAYE SCHOLER LLP
                                   601 Massachusetts Ave. NW
                                   Washington, DC 20001
                                   Phone: (202) 942-5000
                                   Fax: (202) 942-5999
                                   lauren.daniel@arnoldporter.com
                                   brian.israel@arnoldporter.com
                                   geoffrey.michael@arnoldporter.com
                                   john.robinson@arnoldporter.com

                                   *Attorneys for Defendant Honeywell International Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Revitalizing Auto Communities Environmental Response Trust, et al., *Plaintiffs*, v. National Grid USA, et al., *Defendants*. | Civil Action No. 5:18-CV-01267 (DNH/ATB) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2019, I caused the foregoing Notice of Motion to Dismiss, the Memorandum of Law in Support thereof, the Affidavit of Brian Israel attached thereto, and a Fed. R. Civ. P. 7.1 Corporate Disclosure Statement to be electronically transmitted to the Clerk of the Court using the CM/ECF system which provided simultaneous service on all counsel of record.

Dated: December 3, 2019

By:  /s/ Lauren Daniel
Lauren Daniel
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
lauren.daniel@arnoldporter.com

*Attorney for Defendant Honeywell International Inc.*