UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REVITALIZING AUTO COMMUNITIES
ENVIRONMENTAL RESPONSE TRUST and
RACER PROPERTIES LLC,

                              Plaintiffs,
      vs.

NATIONAL GRID USA, NIAGARA MOHAWK
POWER CORPORATION, CARRIER CORPORATION,
UNITED TECHNOLOGIES CORPORATION,
CARLYLE AIR CONDITIONING COMPANY, INC.,
CENTER CIRCLES LLC, GENERAL ELECTRIC
COMPANY, BRISTOL-MYERS SQUIBB
COMPANY, NEW PROCESS GEAR CORPORATION,
NEW PROCESS GEAR, INC.,
MAGNA POWERTRAIN USA, INC.,
OLD CARCO LLC f/k/a CHRYSLER LLC,
OLD CARCO LIQUIDATION TRUST ,
SOLVENTS AND PETROLEUM SERVICE, INC.,
THOMPSON CORNERS LLC,
METALICO SYRACUSE REALTY, INC.,
METALICO NEW YORK, INC., ALERIS PARTNERS LLC,
GARDNER DENVER, INC.,
HONEYWELL INTERNATIONAL INC.,
OLD ELECTRIC, INC., ONX1 LLC,
LOCKHEED MARTIN CORPORATION,
ONONDAGA POTTERY COMPANY, INC.,
SYRACUSE CHINA COMPANY, LIBBEY GLASS INC.,
AMPARIT INDUSTRIES, LLC, 6181 THOMPSON
ROAD, LLC, CARRIER CIRCLE BUSINESS COMPLEX
LLC, TELESECTOR RESOURCES GROUP, INC.,
WESTERN ELECTRIC COMPANY, INCORPORATED,
NOKIA OF AMERICA CORPORATION,
FULTON IRON & STEEL CO. INC., SYRACUSE
LEPAGE LLC, LENNOX INDUSTRIES INC.,
DEERE & COMPANY, SYRACUSE DEERE ROAD
ASSOCIATES, LLC, JAGAR ENTERPRISES, INC.,
BURKO CORPORATION, EMPIRE PIPELINE
CORPORATION, CALOCERINOS AND SPINA,
C & S ENGINEERS, INC., B&B FAMILY LIMITED
PARTNERSHIP, NORTHERN INDUSTRIAL HOLDING, LLC

**NOTICE OF APPEAL**

Civil Action No.:
5:18-cv-01267-DNH-ATB

UNITED STATES HOFFMAN MACHINERY CORPORATION,
THOMPSON NW, LLC, THOMPSON LAWN, LLC,
HAULER'S FACILITY LLC,
NORTHEAST MANAGEMENT SERVICES, INC.,
NORTH MIDLER PROPERTIES LLC,
and JOHN DOES,
                  Defendants.

_____

      **PLEASE TAKE NOTICE** that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on May 12, 2020 (Docket No. 313), including the underlying Memorandum-Decision and Order of Hon. David N. Hurd, U.S.D.J., entered in this action on May 12, 2020 (Docket No. 312), which dismissed the Amended Complaint without prejudice.

Dated: Rochester, New York
       June 10, 2020

                                                /s/ Alan J. Knauf
                                                **KNAUF SHAW LLP**
                                                Attorneys for Plaintiffs
                                                Alan J. Knauf, Esq.,
                                                 Linda R. Shaw, Esq.,
                                                 Jonathan Tantillo, Esq., and
                                               Melissa M. Valle, Esq., of Counsel
                                               1400 Crossroads Building
                                               2 State Street
                                               Rochester, New York 14614
                                               aknauf@nyenvlaw.com
                                               Tel.: (585) 546-8430