UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL GRID USA et al., <br><br> Defendants. | **NOTICE OF MOTION TO AMEND AND SUPPLEMENT COMPLAINT** <br><br> Case No. 5:18-cv-01267-DNH-ATB <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that Plaintiffs will respectfully move this Court at the United States Courthouse at 10 Broad Street, Utica, New York 13501, or such other place, and at such date and time as the Court may set, for an Order granting them leave to file the attached proposed Second Amended Complaint, which is "a complete pleading, which will supersede … in all respects," L.R. 15.1(a), the Amended Complaint filed on April 30, 2019, *see* Dkt. 157. Plaintiffs move pursuant to FRCP 15 and L.R. 15.1(a), this Court's Text Order, Dkt. 327, and the directive of the Second Circuit, requiring that Plaintiffs "substitute[s] EPLET, the trustee of RACER Trust, as plaintiff," Dkt. 323, at 41, in lieu of RACER Trust itself.

**PLEASE TAKE NOTICE** that Plaintiffs move upon the attached: (1) unsigned copy of the proposed Second Amended Complaint, with exhibits; (2) redline/strikeout version of the proposed Second Amended Complaint; (3) proposed Order; (4) Certificate of Service; and (5) Memorandum of Law, which explains why "justice … requires" that leave be granted for Plaintiffs to file this amended and supplemented pleading, *see* FRCP 15(a)(2) (standard for amendment); *accord* FRCP 15(d) (comparable standard for supplementation), as the Second Amended Complaint does not name new Defendants but rather omits certain Defendants named in the operative complaint; clarifies, streamlines, and elaborates on the nature of and factual bases for the claims pleaded in the operative complaint; alleges related transactions, occurrences, and events postdating the operative complaint; and pleads one new, closely related claim against existing Defendants that is premised on transactions, occurrences, and events postdating the operative complaint.

**PLEASE TAKE NOTICE** that Plaintiffs demand, pursuant to L.R. 7(a)(2), that any opposition papers be filed and served by November 3, 2021, unless otherwise ordered by the Court. Plaintiffs further demand that, if opposition papers are filed, Plaintiffs be given the opportunity to serve Reply papers, pursuant to L.R. 7(a)(2).

1

**PLEASE TAKE NOTICE** that no court conference was held regarding the issues being presented in Plaintiffs' Motion, as contemplated in L.R. 7(a)(2), as this Court has issued a Text Order, Dkt. 327, permitting Plaintiffs to file the instant Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument on this Motion, pursuant to L.R. 7(a).

Dated: October 13, 2021

/s/ Alan J. Knauf
**KNAUF SHAW LLP**
*Attorneys for Plaintiffs*
Alan J. Knauf, Esq., of Counsel
1400 Crossroads Building
2 State Street
Rochester, New York 14614
Tel.: (585) 546-8430

/s/ Matthew Littleton
**DONAHUE, GOLDBERG & LITTLETON**
*Attorneys for Plaintiffs*
Matthew Littleton, Esq., of Counsel
1008 Pennsylvania Ave. SE
Washington, DC 20003
Tel.: (202) 683-6895