UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

EPLET, LLC, not individually but solely in its Representative capacity as Administrative Trustee of Revitalizing Auto Communities Response Trust, and RACER PROPERTIES LLC,

                Plaintiffs,

    vs.

NATIONAL GRID USA, NIAGARA MOHAWK POWER CORPORATION, CARRIER CORPORATION, UNITED TECHNOLOGIES CORPORATION, CARLYLE AIR CONDITIONING COMPANY, INC., GENERAL ELECTRIC COMPANY, BRISTOL-MYERS SQUIBB COMPANY, NEW PROCESS GEAR CORPORATION, NEW PROCESS GEAR, INC., MAGNA POWERTRAIN USA, INC., OLD CARCO LLC, OLD CARCO LIQUIDATION TRUST, SOLVENTS AND PETROLEUM SERVICE, INC., THOMPSON CORNERS LLC, METALICO SYRACUSE REALTY, INC., METALICO NEW YORK, INC., ALERIS PARTNERS LLC, COOPER CROUSE-HINDS, LLC, GARDNER DENVER, INC., HONEYWELL INTERNATIONAL INC., OLD ELECTRIC INCORPORATED, ONX1 LLC, LOCKHEED MARTIN CORPORATION, ONONDAGA POTTERY COMPANY, INC., AMPARIT INDUSTRIES, LLC, 6181 THOMPSON ROAD, LLC, CARRIER CIRCLE BUSINESS COMPLEX LLC, TELESECTOR RESOURCES GROUP, INC., WESTERN ELECTRIC COMPANY, INCORPORATED, NOKIA OF AMERICA CORPORATION, FULTON IRON & STEEL CO. INC., SYRACUSE LEPAGE LLC, LENNOX INDUSTRIES INC., SYRACUSE DEERE ROAD ASSOCIATES, LLC, JAGAR ENTERPRISES, INC., BURKO CORPORATION, EMPIRE PIPELINE CORPORATION, CALOCERINOS AND SPINA, C & S ENGINEERS, INC., B&B FAMILY LIMITED PARTNERSHIP, NORTHERN INDUSTRIAL HOLDING, LLC, UNITED STATES HOFFMAN MACHINERY CORPORATION, THOMPSON NW, LLC, THOMPSON LAWN, LLC, HAULER'S FACILITY LLC, NORTHEAST MANAGEMENT SERVICES, INC., and NORTH MIDLER PROPERTIES LLC,

                Defendants.

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

Civil Action No. 5:18-cv-01267 (DNH/ATB)

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Kristin Carter Rowe, Esq., dated February 16, 2022, with Exhibits A through C annexed thereto, the accompanying Defendants' Memorandum of Law in Support of Motion to Dismiss, and upon all prior papers and pleadings in this matter, and in accordance with the November 5, 2021 Text Order of the Honorable David N. Hurd, the Defendants identified below will move this Court on June 24, 2022, at 10:00 AM or as soon thereafter as counsel can be heard, before the Honorable David N. Hurd, United States District Judge, Northern District of New York, James T. Foley Courthouse, Suite 509, 445 Broadway, Albany, New York, for an Order granting Defendants' motion to dismiss Plaintiffs' Second Amended Complaint, dated November 17, 2021, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), and granting such other and further relief as this Court deems just and/or appropriate.

Respectfully submitted,

Dated: February 16, 2022
       Albany, New York

*/s/ Kristin Carter Rowe*                           */s/ Steven T. Miano*

**Kristin Carter Rowe**                             **Steven T. Miano**
**Dean S. Sommer**                                  **Robert A. Wiygul**
Young/Sommer LLC                                    **Peter V. Keays**
5 Palisades Drive, Suite 300                        Hangley Aronchick Segal Pudlin & Schiller
Albany, NY 12205                                    One Logan Square, 27th Floor
518-438-9907                                        Philadelphia, PA 19103
dsommer@youngsommer.com                             215-496-7025
krowe@youngsommer.com                               smiano@hangley.com
*Counsel for General Electric Company*              rwiygul@hangley.com
                                                    pkeays@hangley.com
                                                    *Counsel for Lockheed Martin Corporation*

| | |
|---|---|
| */s/ Douglas H. Zamelis* | */s/ Gregory M. Brown* |
| **Douglas H. Zamelis**<br>The Law Office of Douglas H. Zamelis<br>7629A State Highway 80<br>Cooperstown, NY 13326<br>315-858-6002<br>dzamelis@windstream.net<br>*Counsel for Northeast Management Services, Inc.* | **Gregory M. Brown**<br>Brown Duke & Fogel, P.C.<br>120 Madison Street, Suite 1620<br>Syracuse, NY 13202<br>315-399-4343<br>gbrown@bdflegal.com<br>*Counsel for Syracuse Deere Road Associates, LLC and Hauler's Facility LLC* |
| */s/ Yvonne E. Hennessey* | */s/ Philip H. Gitlen* |
| **Yvonne E. Hennessey**<br>Barclay Damon LLP<br>80 State Street<br>Albany, NY 12207<br>518-429-4293<br>yhennessey@barclaydamon.com<br>*Counsel for National Grid USA and Niagara Mohawk Power Corporation* | **Philip H. Gitlen**<br>Whiteman Osterman & Hanna LLP<br>One Commerce Plaza<br>Albany, NY 12260<br>518-487-7607<br>pgitlen@woh.com<br>*Counsel for Verizon New York Inc. as successor to Telesector Resources Group, Inc.* |
| */s/ Lauren C. Daniel* | */s/ Michael A. Fogel* |
| **Lauren C. Daniel**<br>**Geoffrey Michael**<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>202-942-5970<br>lauren.daniel@arnoldporter.com<br>*Counsel for Honeywell International Inc.* | **Michael A. Fogel**<br>**Patrick D. Donnelly**<br>Brown Duke & Fogel, P.C.<br>120 Madison Street, Suite 1620<br>Syracuse, NY 13202<br>315-399-4343<br>mfogel@bdflegal.com<br>*Counsel for Carrier Circle Business Complex LLC, North Midler Properties, LLC, and Syracuse LePage LLC* |

*/s/ Lori E. Petrone*

**Lori E. Petrone**
Kenney Shelton Liptak Nowak, LLP
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
716-853-3801
lepetrone@kslnlaw.com
*Counsel for Amparit Industries, LLC*

*/s/ Joseph R. Talarico, II*

**Joseph R. Talarico, II**
Talarico Law Firm
6832 East Genesee Street
Fayetteville, NY 13066
315-416-8875
jrt@talaricolawfirm.net
*Counsel for B&B Family Limited Partnership*

*/s/ Linda E. Alario*

**Linda E. Alario**
203 Jasper St.
Syracuse, NY 13203
315-447-3442
lindaealario@twc.com
*Counsel for Jagar Enterprises, Inc.*

*/s/ John J. Kuster*

**John J. Kuster**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5300
jkuster@sidley.com
*Counsel for Magna Powertrain USA, Inc. and New Process Gear, Inc.*

*/s/ Andrew C. Rose*

**Andrew C. Rose**
**Peter C. Trimarchi**
Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207
518-427-2671
ptrimarchi@nixonpeabody.com
acrose@nixonpeabody.com
*Counsel for Onondaga Pottery Company, Inc.*

*/s/ Albert J. Millus, Jr.*

**Albert J. Millus, Jr.**
Hinman, Howard & Kattell, LLP
700 Security Mutual Building
80 Exchange Street
P.O. Box 5250
Binghamton, NY 13902
607-723-5341
amillus@hhk.com
*Counsel for Metalico New York, Inc. and Metalico Syracuse Realty, Inc.*

| | |
|---|---|
| */s/ Paul D. Sylvestri* | */s/ Elizabeth C. Barton* |

**Paul D. Sylvestri**
Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, NY 14604
585-232-6500
psylvestri@hselaw.com
pabdella@hselaw.com
*Counsel for C&S Engineers, Inc. and Calocerinos and Spina*

**Elizabeth C. Barton**
**Erick M. Sandler**
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
860-275-0371
ecbarton@daypitney.com
emsandler@daypitney.com
*Counsel for Carrier Corporation, Carlyle Air Conditioning Company Inc., and Raytheon Technologies Corporation f/k/a United Technologies Corporation*

| | |
|---|---|
| */s/ Glen R. Stuart* | */s/ Meaghan G. Boyd* |

**Glen R. Stuart**
**Adina D. Bingham**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
glen.stuart@morganlewis.com
adina.bingham@morganlewis.com

**Bernard J. Garbutt, III**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212-309-6000
bernard.garbutt@morganlewis.com
*Counsel for Bristol-Myers Squibb Company*

**Meaghan G. Boyd**
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000
meaghan.boyd@alston.com

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
212-210-9532
david.venderbush@alston.com
*Counsel for Nokia of America Corporation and Western Electric Company, Incorporated*

| | |
|---|---|
| */s/ Gary S. Bowitch* | */s/ John T. Kolaga* |

**Gary S. Bowitch**
Bowitch Law Firm
13 Willow Street
Castleton, NY 12033
518-572-2232
gbowitch@bowitchlaw.com

**Daniel T. Flaherty**
**Daniel C.W. Narvey**
Godfrey & Kahn, S.C.
833 E. Michigan Street, Suite 1800
Milwaukee, WI 53202
dflaherty@gklaw.com
dnarvey@gklaw.com
*Counsel for Gardner Denver, Inc.*

**John T. Kolaga**
Rupp Baase Pfalzgraf Cunningham
1600 Liberty Building
424 Main Street,
Buffalo, NY 14202
716-854-3400
kolaga@ruppbaase.com
*Counsel for 6181 Thompson Road LLC, Thompson Corners, LLC, Thompson Lawn, LLC, and Thompson NW, LLC*

| | |
|---|---|
| */s/ Melody D. Westfall* | */s/ Donald W. O'Brien* |

**Melody D. Westfall**
Westfall Law PLLC
247 West Fayette Street, Suite 203
Syracuse, NY 13202
315-412-0440
mwestfall@westfalllaw.com
*Counsel for Northern Industrial Holdings, LLC*

**Donald W. O'Brien, Jr.**
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604
585-987-2810
dobrien@woodsoviatt.com
*Counsel for ONX1 LLC*

*/s/ Charles T. Wehland*

**Charles T. Wehland**
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
312-269-4388
ctwehland@jonesday.com


**Allison L. Waks**
JONES DAY
250 Vesey Street
New York, NY 10281-1047
(212) 326-3939
awaks@jonesday.com
*Counsel for Lennox Industries*