**Attorney(s):** Knauf Shaw, LLP
**Index #:** 5:18-CV-01267-DNH-ATB
**Purchased/Filed:** January 28, 2022
**State of:** New York
**Court:** U. S. District
**County/District:** Northern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Eplet LLC nit Individually but Solely in its representative capacity as Administrative Trustte of Revitalizing Auto Communities Response Trust et ano

Plaintiff(s)

against

National Grid ISA et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 65 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **February 14, 2022**, at **12:55 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons in A Civil Action & Complaint and Exhibits**

on

**New Process Gear Corporation**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

14th day of February, 2022

*[signature]*
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

*[signature]*
Robert Guyette
**Invoice·Work Order #** 2205287
Attorney File # **Racer Trust**