UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
_____

EPLET, LLC, not individually but solely in its
representative capacity as Administrative Trustee of
Revitalizing Auto Communities Response Trust, and
RACER PROPERTIES LLC,

                              Plaintiffs,

        vs.

NATIONAL GRID USA, NIAGARA MOHAWK POWER
CORPORATION, CARRIER CORPORATION, UNITED
TECHNOLOGIES CORPORATION, CARLYLE AIR
CONDITIONING COMPANY, INC., GENERAL ELECTRIC
COMPANY, BRISTOL-MYERS SQUIBB COMPANY, NEW
PROCESS GEAR CORPORATION, NEW PROCESS GEAR,
INC., MAGNA POWERTRAIN USA, INC., OLD CARCO LLC,
OLD CARCO LIQUIDATION TRUST, SOLVENTS AND
PETROLEUM SERVICE, INC., THOMPSON CORNERS LLC,
METALICO SYRACUSE REALTY, INC., METALICO NEW
YORK, INC., ALERIS PARTNERS LLC, COOPER
CROUSE-HINDS, LLC, GARDNER DENVER, INC.,
HONEYWELL INTERNATIONAL INC., OLD ELECTRIC
INCORPORATED, ONX1 LLC, LOCKHEED MARTIN
CORPORATION, ONONDAGA POTTERY COMPANY, INC.,
AMPARIT INDUSTRIES, LLC, 6181 THOMPSON ROAD, LLC,
CARRIER CIRCLE BUSINESS COMPLEX LLC, TELESECTOR
RESOURCES GROUP, INC., WESTERN ELECTRIC COMPANY,
INCORPORATED, NOKIA OF AMERICA CORPORATION,
FULTON IRON & STEEL CO. INC., SYRACUSE LEPAGE LLC,
LENNOX INDUSTRIES INC., SYRACUSE DEERE ROAD
ASSOCIATES, LLC, JAGAR ENTERPRISES, INC., BURKO
CORPORATION, EMPIRE PIPELINE CORPORATION,
CALOCERINOS AND SPINA, C & S ENGINEERS, INC., B&B
FAMILY LIMITED PARTNERSHIP, NORTHERN INDUSTRIAL
HOLDING, LLC, UNITED STATES HOFFMAN MACHINERY
CORPORATION, THOMPSON NW, LLC, THOMPSON LAWN,
LLC, HAULER'S FACILITY LLC, NORTHEAST MANAGEMENT
SERVICES, INC., and NORTH MIDLER PROPERTIES LLC,

                              Defendants.

_____

**NOTICE OF APPEAL**

Civil Action No.: 5:18-cv-01267

**PLEASE TAKE NOTICE** that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on July 8, 2022 (Docket No. 374), including the underlying Memorandum-Decision and Order of Hon. David N. Hurd, U.S.D.J., entered in this action on July 8, 2022 (Docket No. 373), which dismissed the Second Amended Complaint with prejudice as to Plaintiffs' federal claims and without prejudice as to Plaintiffs' New York state law claims.

Dated: Rochester, New York
       July 19, 2022

/s/ Alan J. Knauf
**KNAUF SHAW LLP**
*Attorneys for Plaintiffs*
Alan J. Knauf, Esq.,
  Linda R. Shaw, Esq.,
  Melissa M. Valle, Esq., and
  Jonathan Tantillo, Esq., of Counsel
1400 Crossroads Building
2 State Street
Rochester, New York 14614
Tel.: (585) 546-8430
aknauf@nyenvlaw.com

**PRETI FLAHERTY**
**BELIVEAU & PACHIOS LLP**
*Attorney for Plaintiffs*
Laura E. Jensen, Esq., of Counsel
One City Center
P.O. Box 9546
Portland, Maine 04112-9546
Tel.: (207) 791-3261
ljensen@preti.com