UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

| | |
|---|---|
| REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST, et al., | **ANSWER OF DEFENDANT GENERAL ELECTRIC COMPANY TO SECOND AMENDED COMPLAINT WITH COUNTERCLAIMS** |
| Plaintiffs, | Civil Action No. 5:18-cv-01267 (DNH/ML) |
| vs. | |
| NATIONAL GRID USA, et al., | |
| Defendants. | |

―――――――――――――――――――――――――

Defendant General Electric Company ("GE"), by its attorneys, Young/Sommer LLC, as and for its answer to the Second Amended Complaint ("Complaint") of Plaintiffs EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee for Revitalizing Auto Communities Response Trust ("Racer Trust"), and RACER Properties LLC ("RACER Properties") (collectively, "Plaintiffs"), alleges as follows:

## INTRODUCTION

1.      In response to Paragraph 1 of the Complaint, GE denies that it has any liability for any response costs incurred or to be incurred within "Operable Unit 2" ("OU-2") and/or the so-called "Expanded Territory" and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

2.      In response to Paragraph 2 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

3.      In response to Paragraph 3 of the Complaint, GE admits that EPLET, LLC is named as a plaintiff in the Complaint as the trustee of RACER Trust, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof and denies each and every allegation in Paragraph 3 that is inconsistent with the 2011 Agreement, GE further denies each and every allegation against or pertaining to GE in Paragraph 3, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

4.      In response to Paragraph 4 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement for the full and complete contents thereof, GE denies each and every allegation in Paragraph 4 that is inconsistent with the 2011 Agreement, GE further denies each and every allegation against or pertaining to GE in Paragraph 4, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

5.      In response to Paragraph 5 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

6.      In response to Paragraph 6 of the Complaint, GE respectfully refers the Court and the parties to the 2015 and 2021 administrative consent orders for the full and complete contents thereof, GE denies each and every allegation in Paragraph 6 that is inconsistent with those consent orders, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

7.      In response to Paragraph 7 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

8.      In response to Paragraph 8 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

9.      In response to Paragraph 9 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## PARTIES

### A.  Plaintiffs

10.      In response to Paragraph 10 of the Complaint, GE admits that EPLET, LLC is named as a plaintiff in the Complaint as the trustee of RACER Trust and that EPLET is a signatory to the Trust Consent Decree, and, except as so admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

11.      In response to Paragraph 11 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### B.  Defendants

12.      In response to Paragraph 12 of the Complaint, GE alleges that no response is required. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

13.      In response to Paragraph 13 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

14.    In response to Paragraph 14 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

15.    In response to Paragraph 15 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

16.    In response to Paragraph 16 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

17.    In response to Paragraph 17 of the Complaint, GE admits it is a business corporation organized under the laws of the State of New York and, except as so admitted, GE denies the allegations contained therein.

18.    In response to Paragraph 18 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

19.    In response to Paragraph 19 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

20.    In response to Paragraph 20 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

21.    In response to Paragraph 21 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

22.    In response to Paragraph 22 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

23.    In response to Paragraph 23 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

24.    In response to Paragraph 24 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

25.     In response to Paragraph 25 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

26.     In response to Paragraph 26 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

27.     In response to Paragraph 27 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

28.     In response to Paragraph 28 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

29.     In response to Paragraph 29 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

30.     In response to Paragraph 30 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

31.     In response to Paragraph 31 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

32.     In response to Paragraph 32 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

33.     In response to Paragraph 33 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

34.     In response to Paragraph 34 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

35.     In response to Paragraph 35 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

36.    In response to Paragraph 36 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

37.    In response to Paragraph 37 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

38.    In response to Paragraph 38 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

39.    In response to Paragraph 39 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

40.    In response to Paragraph 40 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

41.    In response to Paragraph 41 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

42.    In response to Paragraph 42 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

43.    In response to Paragraph 43 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

44.    In response to Paragraph 44 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

45.    In response to Paragraph 45 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

46.    In response to Paragraph 46 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

47.     In response to Paragraph 47 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

48.     In response to Paragraph 48 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

49.     In response to Paragraph 49 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

50.     In response to Paragraph 50 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

51.     In response to Paragraph 51 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

52.     In response to Paragraph 52 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

53.     In response to Paragraph 53 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

54.     In response to Paragraph 54 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

55.     In response to Paragraph 55 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

56.     In response to Paragraph 56 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

57.     In response to Paragraph 57 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

58.     In response to Paragraph 58 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## GENERAL BACKGROUND

### A.  Locations at Issue

59.     In response to Paragraph 59 of the Complaint, GE admits that Onondaga Lake is an approximately five-square mile lake that abuts the City of Syracuse in Onondaga County, New York and, except as so admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

60.     In response to Paragraph 60 of the Complaint, GE respectfully refers the Court and the parties to the 2015 Record of Decision ("2015 ROD") for the full and complete contents thereof, GE denies each and every allegation in Paragraph 60 that is inconsistent with the 2015 ROD, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

61.     GE admits the allegations contained in Paragraph 61 of the Complaint.

62.     In response to Paragraph 62 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

63.     In response to Paragraph 63 of the Complaint, GE admits that the General Motors-Inland Fisher Guide ("GM-IFG") subsite of the Onondaga Lake NPL Site is in the Town of Salina in Onondaga County and that Ley Creek is a tributary of Onondaga Lake and, except as so admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

64.     In response to Paragraph 64 of the Complaint, GE admits that Ley Creek flows roughly east to west in the vicinity of the GM-IFG site, GE denies each and every allegation against

or pertaining to GE, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

65.    In response to Paragraph 65 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

66.    In response to Paragraph 66 of the Complaint, GE admits that EPA and/or NYSDEC have designated two Operable Units ("OUs") for the GM-IFG site and, except as so admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

67.    In response to Paragraph 67 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

68.    In response to Paragraph 68 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

69.    In response to Paragraph 69 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

70.    In response to Paragraph 70 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

71.    GE denies the allegations contained in Paragraph 71 of the Complaint.

72.    In response to Paragraph 72 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

73.    In response to Paragraph 73 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

74.    In response to Paragraph 74 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## B. Activities of Owner and Operator Defendants

75.     In response to Paragraph 75 of the Complaint, GE respectfully refers the Court and the parties to the statutory provisions and definitions referenced therein and denies each and every allegation that is inconsistent therewith.

76.     In response to Paragraph 76 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

77.     In response to Paragraph 77 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

78.     In response to Paragraph 78 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

79.     In response to Paragraph 79 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

80.     In response to Paragraph 80 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

81.     In response to Paragraph 81 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### National Grid Facility: National Grid

82.     In response to Paragraph 82 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

83.     In response to Paragraph 83 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

84.     In response to Paragraph 84 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

85.     In response to Paragraph 85 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

86.     In response to Paragraph 86 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

87.     In response to Paragraph 87 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

88.     In response to Paragraph 88 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

89.     In response to Paragraph 89 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

90.     In response to Paragraph 90 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Carrier Facility: Carrier/UTC**

91.     In response to Paragraph 91 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

92.     In response to Paragraph 92 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

93.    In response to Paragraph 93 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

94.    In response to Paragraph 94 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

95.    In response to Paragraph 95 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

96.    In response to Paragraph 96 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

97.    In response to Paragraph 97 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

98.    In response to Paragraph 98 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

99.    In response to Paragraph 99 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

100.    In response to Paragraph 100 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

101.    In response to Paragraph 101 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

102.    In response to Paragraph 102 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

103.    In response to Paragraph 103 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

104.    In response to Paragraph 104 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Carrier Facility/TR-1, Court Street Facility, and Syracuse East Facility: GE/B&B/Lockheed**

105.    In response to Paragraph 105 of the Complaint, GE admits that it is a former operator of the TR-1 Plant at the Carrier facility on Thompson Road at which it manufactured turbines and jet engines and, except as so admitted, GE denies the allegations contained therein.

106.    In response to Paragraph 106 of the Complaint, GE admits that it operated Buildings 5 and 5A at the former Court Street Plant ("Court Street Facility") where GE manufactured radar and sonar equipment for the United States government and, except as so admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

107.    GE denies the allegations contained in Paragraph 107 of the Complaint.

108.    In response to Paragraph 108 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

109.    In response to Paragraph 109 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

110.    In response to Paragraph 110 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

111.    In response to Paragraph 111 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

112.    In response to Paragraph 112 of the Complaint, GE admits that in or about 1993, GE sold its Aerospace Division and Government Services business to Martin Marietta Corporation

("MMC") including leases of buildings at the Court Street Facility and, except as so admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

113.    In response to Paragraph 113 of the Complaint, GE responds that this Paragraph alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

114.    In response to Paragraph 114 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

115.    In response to Paragraph 115 of the Complaint, GE responds that this Paragraph alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.,.

116.    In response to Paragraph 116 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

117.    In response to Paragraph 117 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

118.    In response to Paragraph 118 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

119.    In response to Paragraph 119 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

120.    In response to Paragraph 120 of the Complaint, GE admits that it operated an Apparatus Service Center at 5990 East Molloy Road in Syracuse, New York, and, except as so

admitted, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

121.    In response to Paragraph 121 of the Complaint, GE admits that the Apparatus Service Center on Molloy Road engaged in the repair and maintenance of equipment but otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

122.    GE denies the allegations contained in Paragraph 122 of the Complaint.

123.    In response to Paragraph 123 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

124.    GE denies the allegations contained in Paragraph 124 of the Complaint.

125.    In response to Paragraph 125 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Carlyle Facility: Carlyle/UTC/CCBC**

126.    In response to Paragraph 126 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

127.    In response to Paragraph 127 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

128.    In response to Paragraph 128 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

129.    In response to Paragraph 129 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

130.    In response to Paragraph 130 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

131.    In response to Paragraph 131 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

132.    In response to Paragraph 132 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

133.    In response to Paragraph 133 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

134.    In response to Paragraph 134 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

135.    In response to Paragraph 135 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**BMS Facilities: Bristol-Myers/Fulton Iron**

136.    In response to Paragraph 136 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

137.    In response to Paragraph 137 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

138.    In response to Paragraph 138 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

139.    In response to Paragraph 139 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

140.    In response to Paragraph 140 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

141.    In response to Paragraph 141 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

142.    In response to Paragraph 142 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

143.    In response to Paragraph 143 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

144.    In response to Paragraph 144 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

145.    In response to Paragraph 145 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

146.    In response to Paragraph 146 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

147.    In response to Paragraph 147 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

148.    In response to Paragraph 148 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

149.    In response to Paragraph 149 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

150.    In response to Paragraph 150 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

151.    In response to Paragraph 151 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

152.    In response to Paragraph 152 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

153.    In response to Paragraph 153 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

154.    In response to Paragraph 154 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

155.    In response to Paragraph 155 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

156.    In response to Paragraph 156 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

157.    In response to Paragraph 157 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

158.    In response to Paragraph 158 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

159.    In response to Paragraph 159 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Chrysler Facility: Old CARCO/Old CARCO Trust/Magna/NPGC/NPGI/ONXI**

160.    In response to Paragraph 160 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

161.    In response to Paragraph 161 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

162.    In response to Paragraph 162 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

163.     In response to Paragraph 163 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

164.     In response to Paragraph 164 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

165.     In response to Paragraph 165 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

166.     In response to Paragraph 166 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

167.     In response to Paragraph 167 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

168.     In response to Paragraph 168 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

169.     In response to Paragraph 169 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

170.     In response to Paragraph 170 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

171.     In response to Paragraph 171 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

172.     In response to Paragraph 172 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

173.     In response to Paragraph 173 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

174.    In response to Paragraph 174 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

175.    In response to Paragraph 175 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

176.    In response to Paragraph 176 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

177.    In response to Paragraph 177 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

178.    In response to Paragraph 178 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

179.    In response to Paragraph 179 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

180.    In response to Paragraph 180 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

181.    In response to Paragraph 181 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

182.    In response to Paragraph 182 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

183.    In response to Paragraph 183 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

184.    In response to Paragraph 184 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

185.    In response to Paragraph 185 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

186.    In response to Paragraph 186 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

187.    In response to Paragraph 187 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

188.    In response to Paragraph 188 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

189.    In response to Paragraph 189 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

190.    In response to Paragraph 190 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

191.    In response to Paragraph 191 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

192.    In response to Paragraph 192 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

193.    In response to Paragraph 193 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

194.    In response to Paragraph 194 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

195.    In response to Paragraph 195 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

196.    In response to Paragraph 196 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**S&P Facility: S&P**

197.    In response to Paragraph 197 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

198.    In response to Paragraph 198 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

199.    In response to Paragraph 199 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

200.    In response to Paragraph 200 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

201.    In response to Paragraph 201 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

202.    In response to Paragraph 202 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

203.    In response to Paragraph 203 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

204.    In response to Paragraph 204 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

205.    In response to Paragraph 205 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Former Roth Smelting Facilities: Thompson Corners/Thompson NW/6181 Thompson Road LLC/Thompson Lawn/Metalico Realty/Metalico New York/Hauler's Facility/Aleris**

206.    In response to Paragraph 206 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

207.    In response to Paragraph 207 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

208.    In response to Paragraph 208 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

209.    In response to Paragraph 209 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

210.    In response to Paragraph 210 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

211.    In response to Paragraph 211 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

212.    In response to Paragraph 212 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

213.    In response to Paragraph 213 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

214.    In response to Paragraph 214 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

215.    In response to Paragraph 215 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

216.    In response to Paragraph 216 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

217.    In response to Paragraph 217 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

218.    In response to Paragraph 218 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

219.    In response to Paragraph 219 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

220.    In response to Paragraph 220 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

221.    In response to Paragraph 221 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

222.    In response to Paragraph 222 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

223.    In response to Paragraph 223 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

224.    In response to Paragraph 224 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

225.    In response to Paragraph 225 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

226.    In response to Paragraph 226 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

227.    In response to Paragraph 227 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

228.    In response to Paragraph 228 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

229.    In response to Paragraph 229 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

230.    In response to Paragraph 230 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

231.    In response to Paragraph 231 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

232.    In response to Paragraph 232 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

233.    In response to Paragraph 233 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

234.    In response to Paragraph 234 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

235.    In response to Paragraph 235 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

236.    In response to Paragraph 236 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

237.    In response to Paragraph 237 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

238.    In response to Paragraph 238 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

239.    In response to Paragraph 239 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

240.    In response to Paragraph 240 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

241.    In response to Paragraph 241 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

242.    In response to Paragraph 242 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

243.    In response to Paragraph 243 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

244.    In response to Paragraph 244 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

245.    In response to Paragraph 245 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

246.    In response to Paragraph 246 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

247.    In response to Paragraph 247 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

248.    In response to Paragraph 248 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

249.    In response to Paragraph 249 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

250.    In response to Paragraph 250 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

251.    In response to Paragraph 251 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

252.    In response to Paragraph 252 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

253.    In response to Paragraph 253 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

254.    In response to Paragraph 254 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

255.    In response to Paragraph 255 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

256.    In response to Paragraph 256 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

257.    In response to Paragraph 257 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

258.    In response to Paragraph 258 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Oberdorfer Facility: Gardner Denver/Northern Industrial Holdings/Hauler's Facility**

259.    In response to Paragraph 259 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

260.    In response to Paragraph 260 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

261.    In response to Paragraph 261 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

262.    In response to Paragraph 262 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

263.    In response to Paragraph 263 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

264.    In response to Paragraph 264 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

265.    In response to Paragraph 265 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

266.    In response to Paragraph 266 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

267.    In response to Paragraph 267 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

268.    In response to Paragraph 268 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

269.    In response to Paragraph 269 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

270.    In response to Paragraph 270 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

271.    In response to Paragraph 271 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

272.    In response to Paragraph 272 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

273.    In response to Paragraph 273 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

274.    In response to Paragraph 274 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

275.    In response to Paragraph 275 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Super Heat Facility: Jagar**

276.    In response to Paragraph 276 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

277.    In response to Paragraph 277 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

278.    In response to Paragraph 278 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

279.    In response to Paragraph 279 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

280.    In response to Paragraph 280 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

281.    In response to Paragraph 281 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

282.    In response to Paragraph 282 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

283.    In response to Paragraph 283 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

284.    In response to Paragraph 284 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

285.    In response to Paragraph 285 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Syracuse China Facility: Onondaga Pottery/Amparit**

286.    In response to Paragraph 286 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

287.    In response to Paragraph 287 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

288.    In response to Paragraph 288 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

289.    In response to Paragraph 289 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

290.    In response to Paragraph 290 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

291.    In response to Paragraph 291 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

292.    In response to Paragraph 292 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

293.    In response to Paragraph 293 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

294.    In response to Paragraph 294 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

295.    In response to Paragraph 295 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

296.    In response to Paragraph 296 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

297.    In response to Paragraph 297 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

298.    In response to Paragraph 298 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Deere Facility: Syracuse Deere Road**

299.    In response to Paragraph 299 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

300.    In response to Paragraph 300 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

301.    In response to Paragraph 301 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

302.    In response to Paragraph 302 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

303.    In response to Paragraph 303 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

304.    In response to Paragraph 304 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Western Electric Facility: Western Electric/Nokia/Telesector**

305.    In response to Paragraph 305 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

306.    In response to Paragraph 306 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

307.    In response to Paragraph 307 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

308.    In response to Paragraph 308 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

309.    In response to Paragraph 309 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

310.    In response to Paragraph 310 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

311.    In response to Paragraph 311 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

312.    In response to Paragraph 312 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

313.    In response to Paragraph 313 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

314.    In response to Paragraph 314 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

315.    In response to Paragraph 315 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

316.    In response to Paragraph 316 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

317.    In response to Paragraph 317 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

318.    In response to Paragraph 318 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

319.    In response to Paragraph 319 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

320.    In response to Paragraph 320 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

321.    In response to Paragraph 321 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

322.    In response to Paragraph 322 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

323.    In response to Paragraph 323 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

324.    In response to Paragraph 324 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

325.    In response to Paragraph 325 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

326.    In response to Paragraph 326 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

327.    In response to Paragraph 327 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

328.    In response to Paragraph 328 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

329.    In response to Paragraph 329 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

330.    In response to Paragraph 330 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

331.    In response to Paragraph 331 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

332.    In response to Paragraph 332 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

333.    In response to Paragraph 333 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

334.    In response to Paragraph 334 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

335.    In response to Paragraph 335 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

336.    In response to Paragraph 336 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

337.    In response to Paragraph 337 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

338.    In response to Paragraph 338 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

339.    In response to Paragraph 339 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

340.    In response to Paragraph 340 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Prestolite Facility: Honeywell/Old Electric/U.S. Hoffman/North Midler Properties**

341.    In response to Paragraph 341 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

342.    In response to Paragraph 342 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

343.    In response to Paragraph 343 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

344.    In response to Paragraph 344 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

345.    In response to Paragraph 345 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

346.    In response to Paragraph 346 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

347.    In response to Paragraph 347 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

348.    In response to Paragraph 348 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

349.    In response to Paragraph 349 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

350.    In response to Paragraph 350 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

351.    In response to Paragraph 351 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

352.    In response to Paragraph 352 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

353.    In response to Paragraph 353 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

354.    In response to Paragraph 354 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

355.    In response to Paragraph 355 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

356.    In response to Paragraph 356 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

357.    In response to Paragraph 357 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

358.    In response to Paragraph 358 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

359.    In response to Paragraph 359 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

360.    In response to Paragraph 360 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Lennox Facility: Lennox/Northeast Management Services/North Midler Properties**

361.    In response to Paragraph 361 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

362.    In response to Paragraph 362 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

363.    In response to Paragraph 363 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

364.    In response to Paragraph 364 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

365.    In response to Paragraph 365 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

366.    In response to Paragraph 366 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

367.    In response to Paragraph 367 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

368.    In response to Paragraph 368 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

369.    In response to Paragraph 369 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

370.    In response to Paragraph 370 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

371.    In response to Paragraph 371 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

372.    In response to Paragraph 372 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

373.    In response to Paragraph 373 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### C. Activities of Arranger Defendants

374.    In response to Paragraph 374 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

375.    In response to Paragraph 375 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

376.    In response to Paragraph 376 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

377.    In response to Paragraph 377 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

378.    In response to Paragraph 378 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

379.    In response to Paragraph 379 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

380.    In response to Paragraph 380 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

381.    In response to Paragraph 381 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

382.    In response to Paragraph 382 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

383.    In response to Paragraph 383 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

384.    In response to Paragraph 384 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

385.    In response to Paragraph 385 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

386.    In response to Paragraph 386 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

387.    In response to Paragraph 387 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

388.    In response to Paragraph 388 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

389.    In response to Paragraph 389 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

390.    In response to Paragraph 390 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

391.    In response to Paragraph 391 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### D. The Former GM-IFG Plant

392.    In response to Paragraph 392 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

393.    In response to Paragraph 393 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

394.    In response to Paragraph 394 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

395.    In response to Paragraph 395 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

396.    In response to Paragraph 396 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

397.    In response to Paragraph 397 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

398.    In response to Paragraph 398 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

399.    In response to Paragraph 399 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

400.    In response to Paragraph 400 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

401.    In response to Paragraph 401 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

402.    In response to Paragraph 402 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

403.    In response to Paragraph 403 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

404.    In response to Paragraph 404 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

405.    In response to Paragraph 405 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

406.    In response to Paragraph 406 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

407.    In response to Paragraph 407 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

408.    In response to Paragraph 408 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

409.    In response to Paragraph 409 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

410.    In response to Paragraph 410 of the Complaint, GE respectfully refers the Court and the parties to the 1997 Administrative Order on Consent attached as Exhibit K to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 410 that is inconsistent with the 1997 Consent Order, GE denies that an IRM is always a removal action under CERCLA, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

411.    In response to Paragraph 411 of the Complaint, GE respectfully refers the Court and the parties to the 1997 Administrative Order on Consent attached as Exhibit K to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 411 that is inconsistent with the 1997 Consent Order, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

412.    In response to Paragraph 412 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

413.    In response to Paragraph 413 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**E.  2011 Agreement and Creation of RACER Trust**

414.    In response to Paragraph 414 of the Complaint, GE admits that GM filed for bankruptcy in 2009 and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

415.    In response to Paragraph 415 of the Complaint, GE alleges that no response is required. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

416.    In response to Paragraph 416 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 416 that is inconsistent with the 2011 Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

417.    In response to Paragraph 417 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and

complete contents thereof, GE denies each and every allegation in Paragraph 417 that is inconsistent with the 2011 Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

418.    In response to Paragraph 418 of the Complaint, GE respectfully refers the Court and the parties to the Trust Agreement attached as Exhibit U to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 418 that is inconsistent with the Trust Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

419.    In response to Paragraph 419 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

420.    In response to Paragraph 420 of the Complaint, GE respectfully refers the Court and the parties to the Trust Agreement attached as Exhibit U to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 420 that is inconsistent with the Trust Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

421.    In response to Paragraph 421 of the Complaint, GE admits that the GM-IFG Plant (OU-1) is one of the Properties referenced in the Trust Agreement attached as Exhibit U to the Complaint and, except as so admitted, GE denies the allegations contained therein.

422.    GE denies the allegations contained in Paragraph 422 of the Complaint.

423.    In response to Paragraph 423 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 423 that is inconsistent with the 2011 Agreement, GE denies that OU-2 and the so-called Expanded Territory

are not a covered Property, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

424.    In response to Paragraph 424 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 424 that is inconsistent with the 2011 Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

425.    In response to Paragraph 425 of the Complaint, GE admits that the 2011 Agreement recognized the GM Debtors' potential environmental liability with respect to areas where hazardous substances have migrated and where hazardous substances "have or will come to be located" and, except as so admitted, GE denies the allegations contained therein.

426.    In response to Paragraph 426 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof and GE denies each and every allegation in Paragraph 426 that is inconsistent with the 2011 Agreement.

427.    In response to Paragraph 427 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 427 that is inconsistent with the 2011 Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

428.    In response to Paragraph 428 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

429.    In response to Paragraph 429 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement attached as Exhibit T to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 429 that is inconsistent with the 2011 Agreement, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### F.  2015 Administrative Consent Order

430.    In response to Paragraph 430 of the Complaint, GE respectfully refers the Court and the parties to the 2015 ROD attached to the Complaint as Exhibit G for the full and complete contents thereof, GE denies each and every allegation in Paragraph 430 that is inconsistent with the 2015 ROD, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

431.    In response to Paragraph 431 of the Complaint, GE respectfully refers the Court and the parties to the 2015 Order on Consent and Administrative Settlement ("2015 ACO") attached to the Complaint as Exhibit C for the full and complete contents thereof, GE denies each and every allegation in Paragraph 431 that is inconsistent with the 2015 ACO, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

432.    In response to Paragraph 432 of the Complaint, GE respectfully refers the Court and the parties to the 2015 ACO attached as Exhibit C to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 432 that is inconsistent with that 2015 ACO, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

433.    In response to Paragraph 433 of the Complaint, GE respectfully refers the Court and the parties to the 2011 Agreement, the Trust Agreement, and the 2015 ACO for the full and complete contents thereof, GE denies each and every allegation in Paragraph 433 that is inconsistent with those documents, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

434.    In response to Paragraph 434 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

435.    In response to Paragraph 435 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

436.    In response to Paragraph 436 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### G. 2021 Administrative Consent Order

437.    In response to Paragraph 437 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

438.    In response to Paragraph 438 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

439.    In response to Paragraph 439 of the Complaint, GE respectfully refers the Court and the parties to the 2021 Administrative Settlement Agreement and Order on Consent for Remedial Design ("2021 ACO") attached as Exhibit Y to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 439 that is inconsistent with the 2021 ACO, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

440.    In response to Paragraph 440 of the Complaint, GE respectfully refers the Court and the parties to the 2021 ACO attached as Exhibit Y to the Complaint for the full and complete contents thereof, GE denies each and every allegation in Paragraph 440 that is inconsistent with the 2021 ACO, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

441.    In response to Paragraph 441 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

442.    In response to Paragraph 442 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### H.  Plaintiffs' Costs Incurred

443.    In response to Paragraph 443 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

444.    In response to Paragraph 444 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

445.    In response to Paragraph 445 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### DAMAGE TO PLAINTIFFS

446.    In response to Paragraph 446 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

447.    In response to Paragraph 447 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

448.    In response to Paragraph 448 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

449.    In response to Paragraph 449 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

450.    In response to Paragraph 450 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**JURISDICTIONAL AND PROCEDURAL ISSUES**

451.    In response to Paragraph 451 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

452.    In response to Paragraph 452 of the Complaint, GE asserts that this paragraph, which purports to invoke the Court's subject matter jurisdiction, alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

453.    In response to Paragraph 453 of the Complaint, GE asserts that this paragraph, which purports to invoke the Court's subject matter jurisdiction, alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

454.    In response to Paragraph 454 of the Complaint, GE asserts that this paragraph, which purports to assert the proper venue of the action, alleges conclusions of law to which no

response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

455.    In response to Paragraph 455 of the Complaint, GE asserts that this paragraph alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR A FIRST CAUSE OF ACTION
## FOR COST RECOVERY UNDER CERCLA

456.    In response to Paragraph 456 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

457.    In response to Paragraph 457 of the Complaint, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

458.    In response to Paragraph 458 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

459.    In response to Paragraph 459 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

460.    In response to Paragraph 460 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

461.    In response to Paragraph 461 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

462.    In response to Paragraph 462 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

463.    In response to Paragraph 463 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

464.    In response to Paragraph 464 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

465.    In response to Paragraph 465 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

466.    In response to Paragraph 466 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR A SECOND CAUSE OF ACTION
## FOR CONTRIBUTION UNDER CERCLA

467.    In response to Paragraph 467 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

468.    In response to Paragraph 468 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

469.    In response to Paragraph 469 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

470.    In response to Paragraph 470 of the Complaint, GE respectfully refers the Court and the parties to the 2015 ACO for the full and complete contents thereof, GE denies each and every allegation in Paragraph 470 that is inconsistent with the 2015 ACO, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

471.    In response to Paragraph 471 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### AS AND FOR A THIRD CAUSE OF ACTION
### FOR RESPONSE COSTS AND DAMAGES
### UNDER NAVIGATION LAW § 181(5)

472.    In response to Paragraph 472 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

473.    In response to Paragraph 473 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

474.    In response to Paragraph 474 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

475.    In response to Paragraph 475 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

476. In response to Paragraph 476 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR A FOURTH CAUSE OF ACTION
## FOR CONTRIBUTION UNDER NAVIGATION LAW § 176(8)

477. In response to Paragraph 477 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

478. In response to Paragraph 478 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

479. In response to Paragraph 479 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR A FIFTH CAUSE OF
## ACTION FOR NEGLIGENCE

480. In response to Paragraph 480 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

481. In response to Paragraph 481 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

482. In response to Paragraph 482 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

483.     In response to Paragraph 483 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

484.     In response to Paragraph 484 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### AS AND FOR A SIXTH CAUSE
### OF ACTION FOR PUBLIC NUISANCE

485.     In response to Paragraph 485 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

486.     In response to Paragraph 486 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

487.     In response to Paragraph 487 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

488.     In response to Paragraph 488 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

489.     In response to Paragraph 489 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

490.     In response to Paragraph 490 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR A SEVENTH CAUSE OF
## ACTION FOR RESTITUTION

491.    In response to Paragraph 491 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

492.    In response to Paragraph 492 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

493.    In response to Paragraph 493 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

494.    In response to Paragraph 494 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

495.    In response to Paragraph 495 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR AN EIGHTH CAUSE OF
## ACTION FOR CONTRIBUTION OR INDEMNIFICATION

496.    In response to Paragraph 496 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

497.    In response to Paragraph 497 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

498.    In response to Paragraph 498 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

499.    In response to Paragraph 499 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

500.    In response to Paragraph 500 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## AS AND FOR A NINTH CAUSE OF
## ACTION FOR A DECLARATORY JUDGMENT

501.    In response to Paragraph 501 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

502.    In response to Paragraph 502 of the Complaint, GE asserts that this paragraph alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

503.    In response to Paragraph 503 of the Complaint, GE asserts that this paragraph alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

504.    In response to Paragraph 504 of the Complaint, GE asserts that this paragraph alleges conclusions of law to which no response is required; GE respectfully refers all questions of law to the Court. To the extent a response is required, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

505.    In response to Paragraph 505 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

506.    In response to Paragraph 506 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### AS AND FOR A TENTH CAUSE OF ACTION
### FOR CONTRIBUTION UNDER CERCLA

507.    In response to Paragraph 507 of the Complaint, GE repeats and re-alleges each of its responses to the allegations in the preceding paragraphs as though fully set forth herein.

508.    In response to Paragraph 508 of the Complaint, GE denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

509.    In response to Paragraph 509 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

510.    In response to Paragraph 510 of the Complaint, GE respectfully refers the Court and the parties to the 2021 ACO for the full and complete contents thereof, GE denies each and every allegation in Paragraph 510 that is inconsistent with the 2021 ACO, GE denies each and every allegation against or pertaining to GE, and GE otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

511.    In response to Paragraph 511 of the Complaint, GE denies each and every allegation against or pertaining to GE and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

512.    In response to the Wherefore Clauses in the Complaint, GE denies each and every request for relief that is against or pertains to GE and, except as so denied, GE denies knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained therein.

513.    Any allegations not specifically admitted by GE in this Answer are hereby denied.

514.    GE hereby denies any and all cross claims filed or to be filed in this matter and reserves the right to assert cross claims.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

515.    The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

516.    Plaintiffs' claims are barred, in whole or in part, by the applicable statute(s) of limitations, statutes of repose, and/or the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

517.    GE is not within the class of persons against which a claim for relief under CERCLA can be asserted or granted and is not a successor to any such person.

### FOURTH AFFIRMATIVE DEFENSE

518.    GE has no CERCLA liability due to the third-party defense set forth at 42 U.S.C. § 9607(b)(3).

### FIFTH AFFIRMATIVE DEFENSE

519.    Plaintiffs' costs, if any, are, in whole or in part, unnecessary, unreasonable and/or inconsistent with the National Contingency Plan ("NCP") and/or fail to satisfy the prerequisites and requirements for such claims as established by the NCP.

### SIXTH AFFIRMATIVE DEFENSE

520.    Plaintiffs' alleged response actions were not, to the greatest extent possible, in accordance with the NCP as required by 42 U.S.C. § 9607(a) and Section 176(4) of the Navigation Law and, as such, any recovery against GE is barred and/or must be reduced accordingly.

### SEVENTH AFFIRMATIVE DEFENSE

521.    Plaintiffs have failed to name all necessary and indispensable parties.

### EIGHTH AFFIRMATIVE DEFENSE

522.    Plaintiffs' claims are barred because GE entered into a judicially approved Consent Decree with the State of New York and the NYSDEC which provides GE with contribution protection pursuant to CERCLA, 42 U.S.C. § 9613(f)(2), the Uniform Comparative Fault Act, and as may be otherwise required by law, for Covered Matters, including (*inter alia*) claims for response costs and/or damages under federal, state, or common law in connection with the transportation, disposal, transshipment, release, or threat of release of hazardous substances at or from the Salina Landfill, or emanating therefrom.

### NINTH AFFIRMATIVE DEFENSE

523.    Plaintiffs' claims must fail because the remedy selected for OU-2 and the so-called Expanded Territory violates the NCP, New York's Green Amendment in Article 1, section 19, of the New York State Constitution, New York's Climate Leadership and Community Protection Act ("Climate Act"), which is an ARAR that was ignored in the decision-making process, and violates applicable State Guidance on Green Remediation [DER-31], based on the destruction of a forest, animal habitat, and a wide array of thriving flora and fauna, and the significant greenhouse gas emissions associated with the remedy, which were not properly considered and evaluated.

### TENTH AFFIRMATIVE DEFENSE

524.    Plaintiffs' claims must fail because the selection and gross expansion of the remedy for OU-2 and the so-called Expanded Territory violates GE's Due Process and Free Speech rights under the New York State and United States Constitutions and CERCLA Section 9617; the scope and cost of the remedy was significantly changed without any amendment of the 2015 ROD, but

was instead massively altered through a scheme of using Explanations of Significant Differences ("ESD"), thereby depriving GE and others of public notice, meaningful participation, and the opportunity for comment on the expanded remedy and the far reaching environmental damage that will directly result from the altered remedial program.

## ELEVENTH AFFIRMATIVE DEFENSE

525.    Plaintiffs' claims are barred because any release or threatened release of a hazardous substance and any damages resulting therefrom were caused solely by an act of God or an act of war within the meaning of 42 USC §§ 9607(b)(1) and (2).

## TWELFTH AFFIRMATIVE DEFENSE

526.    Plaintiffs' claims against GE are barred by the *de micromis* exemption at 42 U.S.C. § 9607(o).

## THIRTEENTH AFFIRMATIVE DEFENSE

527.    Plaintiffs' claims are barred or limited to the extent Plaintiffs seek recovery for costs, damages or expenses not incurred for "removal", "remedial action", or "response" as those terms are defined in 42 U.S.C. §§ 9601(23-25).

## FOURTEENTH AFFIRMATIVE DEFENSE

528.    To the extent Plaintiffs have incurred recoverable response costs caused by a release or threat of release of a hazardous substance for which GE may be held responsible, those costs and the harm in relation to which they were incurred are divisible, and GE cannot be held jointly and severally liable with regard to Plaintiffs' claims.

## FIFTEENTH AFFIRMATIVE DEFENSE

529.    The alleged contamination, injuries, and/or damages, if any, were not actually or proximately caused by any acts or omissions of GE or by any other person or party acting under

or pursuant to GE's direction, authority, or control and, as such, Plaintiffs' claims are either barred or must otherwise be reduced or diminished accordingly.

## SIXTEENTH AFFIRMATIVE DEFENSE

530.     The alleged contamination, injuries, and/or damages, if any, were not foreseeable and/or were caused by an unforeseeable, superseding and/or intervening act or event and/or by the intervening acts, omissions, negligence, fraud and/or wrongful conduct of Plaintiffs or other persons or entities for which GE is not responsible or liable and, as such, Plaintiffs' claims are either barred or must otherwise be reduced or diminished accordingly.

## SEVENTEENTH AFFIRMATIVE DEFENSE

531.     Plaintiffs' recovery against GE, if any, is limited to GE's equitable and proportionate allocated share of the necessary and reasonable response costs incurred by Plaintiff consistent with the NCP.

## EIGHTEENTH AFFIRMATIVE DEFENSE

532.     GE did not have or exercise any actual or apparent control or authority over, or make any decisions regarding, the generation, transportation, handling, and/or disposal of any materials at OU2 or the so-called Expanded Territory and is therefore not liable for any contamination or conditions at that property.

## NINETEENTH AFFIRMATIVE DEFENSE

533.     Any costs, damages or expenses incurred by Plaintiff voluntarily cannot be recovered in a contribution action.

## TWENTIETH AFFIRMATIVE DEFENSE

534.     Plaintiffs' claims are barred, in whole or in part, because Plaintiff failed to mitigate its damages, if any.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

535.    The alleged contamination, injuries, and/or damages were caused by the contributory negligence, assumption of risk and/or culpable conduct of the Plaintiffs and/or other third persons or parties for whom GE is not responsible or liable and, as such, Plaintiffs' claims are either barred or must otherwise be reduced or diminished accordingly.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

536.    To the extent Plaintiffs' injuries and/or damages, if any, were or will, with reasonable certainty, be replaced or indemnified, in whole or in part, from a collateral source, any award obtained must be reduced by the amount of such payment by or from any such collateral source, as provided by CPLR §4545 and any other applicable law.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

537.    Plaintiffs' claims must fail because GE is not a discharger(s) and/or has not discharged petroleum within the meaning of Article 12 of New York's Navigation Law.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

538.    In the event of any settlement, whether in the past, present, or future, Plaintiffs' recovery, if any, against GE must be reduced in accordance with Article 15, Title 1, of the New York General Obligations Law.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

539.    Plaintiffs' decisions regarding the response actions at OU2 and the so-called Expanded Territory were arbitrary and capricious, ultra vires, had no basis in law, and caused, contributed, and/or resulted in the damages which Plaintiffs now claims they have suffered.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

540.    GE is not obligated to indemnify Plaintiffs for losses which have not yet arisen and/or for amounts which have not yet been paid.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

541.    GE is entitled to one or more of the defenses set forth at Navigation Law § 181(4)(a).

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

542.    Plaintiffs, as successors to GM, are dischargers within the meaning of the Navigation Law and their claims are either barred or must be reduced or diminished accordingly.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

543.    Plaintiffs' state law claims are federally preempted.

### THIRTIETH AFFIRMATIVE DEFENSE

544.    Plaintiffs lack standing.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

545.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands, waiver, estoppel, ratification, and/or res judicata.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

546.    GE adopts and incorporates by reference all affirmative defenses asserted by the other defendants in this action, except such defenses that seek to impose liability upon GE, and GE further alleges and reserves the right to allege all other affirmative defenses that may become available as a result of information developed through discovery or trial.

### COUNTERCLAIMS

1.    While preserving all of its defenses and expressly denying any liability to the

Plaintiffs for anything alleged in the Complaint, GE asserts Counterclaims against Plaintiffs pursuant to CERCLA and the common law.

2.    To the extent GE is deemed liable under Section 107 of CERCLA, 42 U.S.C. §9607, for any response costs related to the alleged release or threatened release of hazardous substances at or from OU-2 and/or the so-called Expanded Territory (collectively, the "Property"), GE is entitled to contribution from Plaintiffs for their fair and equitable share of response costs and is further entitled to a declaratory judgment regarding Plaintiffs' liability for further or future response costs or damages at or related to the Property.

3.    The Counterclaims arise out of the same transactions and occurrences that are the subject matter of the Complaint and are within the ancillary jurisdiction of this Court pursuant to Rule 13 of the Federal Rules of Civil Procedure.  This Court also has jurisdiction over the Counterclaims pursuant to 42 U.S.C. § 9613(b) and 28 U.S.C. § 1331.

4.    Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) and § 9613(b), because the claims arose in this district and because the Counterclaims arise out of the same transactions and occurrences as alleged in the Complaint.

5.    Section 107(a) of CERCLA, 42 USC § 9607(a), sets forth four categories of "covered persons" who are subject to liability for CERCLA response costs, including current owners and operators, former owners and operators at the time of hazardous waste disposal, persons who arranged for the disposal or treatment of hazardous substances, and certain transporters of hazardous substances.

6.    Successors to "covered persons" are liable as "covered persons" under Section 107(a) of CERCLA, 42 USC § 9607(a).

7.    Section 113(f)(1) of CERCLA, 42 USC § 9613(f)(1), provides that "[a]ny person

may seek contribution from any other person who is liable or potentially liable under section 9607(a) of this title, during or following any civil action under section [106] of this title or under section [107] of this title."

8.      Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1), further provides that such contribution claims shall be governed by Federal law and that "[i]n resolving contribution claims, the court may allocate response costs among liable parties using such equitable factors as the court determines are appropriate."

### FIRST COUNTERCLAIM AGAINST PLAINTIFFS FOR CERCLA CONTRIBUTION AND DECLARATORY JUDGMENT

9.      GE repeats and realleges each of the preceding paragraphs of its Counterclaims as if fully set forth herein.

10.     This is a civil action in which Plaintiffs purport to allege claims against GE for contamination at the Property and to seek the recovery of response costs under Section 107(a)(4)(B) of CERCLA, 42 U.S.C. § 9607(a)(4)(B).

11.     Each of the Plaintiffs is a "person" as that term is defined by CERCLA, 42 U.S.C. § 9601(21).

12.     By operation of the 2011 Agreement and the Trust Agreement, each of the Plaintiffs assumed the liabilities of GM for contamination at the GM-IFG site and for contamination originating, emanating, and/or migrating therefrom, including contamination at the Property.

13.     Further, notwithstanding the 2011 Agreement and the Trust Agreement, any monies spent by Plaintiffs at the Property were GM funds and Plaintiffs spent those GM funds solely because Plaintiffs expressly or impliedly assumed GM's liability for the matters and/or contamination associated with those expenditures.

14.     Plaintiffs are each a covered person within the meaning of CERCLA § 107(a),

because, by virtue of their express and implied assumption of GM's environmental liabilities at the Property, Plaintiffs are each a successor to GM which owned and operated the GM-IFG site that discharged and/or released petroleum and hazardous substances, including polychlorinated biphenyls ("PCBs"), into Ley Creek and into the Ley Creek watershed, thereby causing the contamination at the Property.

15.    Plaintiffs are also each a covered person within the meaning of CERCLA § 107(a) to the extent they own any portion of OU-2 and/or the Expanded Territory.

16.    Plaintiffs are each jointly and severally liable under Section 107 of CERCLA for the contamination at the Property and for response costs incurred at or in connection with the Property, and GE is entitled to contribution from Plaintiffs for their fair and equitable share of damages and response costs pursuant to Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1).

17.    If Plaintiffs are able to establish that GE is liable in this action, GE is entitled to CERCLA contribution from each of the Plaintiffs and the Court should (i) allocate the response costs and any other damages sought by Plaintiffs among all liable parties, including Plaintiffs, using such equitable factors as the Court deems appropriate; and (ii) grant appropriate declaratory relief under 42 U.S.C. § 9613(g)(2) and 28 U.S.C. § 2201.

**SECOND COUNTERCLAIM AGAINST PLAINTIFFS FOR COMMON LAW CONTRIBUTION AND INDEMNITY**

18.    GE repeats and realleges each of the preceding paragraphs of its Counterclaims as if fully set forth herein.

19.    The injuries, damages, and/or costs alleged in the Complaint were actually and/or proximately caused in whole or in part by reason of the acts, omissions, negligence, want of care, fault, and/or culpable conduct of Plaintiffs and/or GM.

20.    Plaintiffs, as the successors to GM, are liable for the injuries, damages, and/or costs

alleged in the Complaint that were actually and/or proximately caused by reason of the acts, omissions, negligence, want of care, fault, and/or culpable conduct of GM.

21.    If it is determined that GE is liable, in whole or in part, to Plaintiffs for any of the injuries, damages, and/or costs set forth in the Complaint, GE is entitled to indemnity from Plaintiffs to the full extent of such liability, including (without limitation) indemnification for attorneys' fees and the costs and disbursements of this action.

22.    Alternatively, if it is determined that GE is liable, in whole or in part, to Plaintiffs for any of the injuries, damages, and/or costs set forth in the Complaint, GE is entitled to contribution from Plaintiffs under the common law and CPLR § 1401 in an amount equal to the proportion to which GM's culpable conduct bears to the culpable conduct which caused such injuries, damages, and/or costs and/or is otherwise entitled to an equitable allocation and/or apportionment of such injuries, damages, and/or costs.

**ANSWER TO ALL CROSSCLAIMS**

23.    GE denies the allegations of and denies liability pursuant to any and all crossclaims that have been or may be asserted against it by any party to the within action.

**JURY DEMAND**

24. GE hereby demands a trial by jury on all issues so triable.

**REQUEST FOR RELIEF**

WHEREFORE, GE prays for relief as follows:

(1) The dismissal of all claims and crossclaims against GE;

(2) In accordance with GE's Counterclaims, the entry of a judgment against Plaintiffs in an amount equal to any judgment against GE that is in excess of GE's equitable and/or proportionate share of the damages, plus attorneys' fees, interest, and costs;

(3) In accordance with GE's Counterclaims, the entry of a Declaratory Judgment on Plaintiffs' liability for response costs and damages at the Property in accordance 42 U.S.C. § 9613(g)(2) and 28 U.S.C. § 2201; and

(4) Such other and further relief as this Court deems just and appropriate.


Dated: April 5, 2024

**YOUNG/SOMMER LLC**

By: _____

Kristin Carter Rowe [301098]
Dean S. Sommer [102643]
*Attorneys for Defendant General Electric Company*
Executive Woods
5 Palisades Drive
Albany, New York 12205
(518) 438-9907
krowe@youngsommer.com
dsommer@youngsommer.com