UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL
RESPONSE TRUST and RACER PROPERTIES LLC,

                 Plaintiffs,

     vs.

NATIONAL GRID USA, NIAGARA MOHAWK POWER
CORPORATION, CARRIER CORPORATION, UNITED
TECHNOLOGIES CORPORATION, CARLYLE AIR CONDITIONING
COMPANY, INCL, CENTER CIRCLES LLC, GENERAL ELECTRIC
COMPANY, BRISTOL-MEYERS SQUIBB COMPANY, MAGNA
POWERTRAIN USA, INC., NEW PROCESS GEAR CORPORATION,
NEW PROCESS GEAR,
INC., OLD CARCO LLC, OLD CARCO LIQUIDATION TRUST,
CHRYSLER GROUP LLC, SOLVENTS AND PETROLEUM SERVICE,
INC., THOMPSON CORNERS LLC, METALICO SYRACUSE REALTY,
INC., METALICO NEW YORK, INC., ALERIS PARTNERS LLC,
COOPER CROUSE-HINDS, LLC, GARDNER DENVER, INC.,
PRESTOLITE ELECTRIC INCORPORATED, ONX1 LLC, ONONDAGA
POTTERY COMPANY, INC., SYRACUSE CHINA COMPANY, INC,
LIBBEY GLASS INC., AMPARIT INDUSTRIES, LLC, 6181
THOMPSON ROAD, LLC, CARRIER CIRCLE BUSINESS COMPLEX
LLC, TELESECTOR RESOURCES GROUP, INC., WESTERN
ELECTRIC COMPANY, INCORPORATED, FULTON IRON & STEEL
CO. INC., SYRACUSE LEPAGE LLC, LENNOX INDUSTRIES INC.,
DEERE & COMPANY, SYRACUSE DEERE ROAD ASSOCIATES,
LLC, JAGAR ENTERPRISES, INC., BURKO CORPORATION, EMPIRE
PIPELINE CORPORATION, CALOCERINOS AND SPINA, C & S
ENGINEERS, INC., B&B FAMILY LIMITED PARTNERSHIP,
HAULER'S FACILITY LLC, HONEYWELL INTERNATIONAL INC.,
LOCKHEED MARTIN CORPORATION, NOKIA OF AMERICA
CORPORATION, NORTH MIDLER PROPERTIES LLC, NORTHEAST
MANAGEMENT SERVICES, INC., NORTHERN INDUSTRIAL
HOLDINGS, LLC, THOMPSON LAWN, LLC, THOMPSON NW, LLC,
CENTER CIRCLES, UNITED STATES HOFFMAN MACHINERY
CORPORATION, and JOHN DOES,

                 Defendants.

_____

**ANSWER TO
SECOND
AMENDED
COMPLAINT**

Civil Action No.:
5:18-cv-01267-
DNH-ATB

Defendant Northern Industrial Holdings, LLC ("Northern Industrial Holdings"), by and through its attorney, Westfall Law PLLC, responds to Plaintiffs' Second Amended Complaint as follows:

1.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 1 of the Second Amended Complaint, except to the extent the allegations merely recite the relief plaintiffs seek, they need not be responded to, but Northern Industrial Holdings denies that they are liable to plaintiffs in any respect.

2.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 2 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

3.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 3 of the Second Amended Complaint, except admits that Northern Industrial Holdings is and was not a party to the purported 2011 Agreement.

4.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 4 of the Second Amended Complaint, except denies that Northern Industrial Holdings is liable for any such response costs.

5.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 5 of the Second Amended Complaint, except denies that plaintiffs are entitled to recover any alleged response costs from Northern Industrial Holdings.

6.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 6 of the Second Amended Complaint.

7.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 7 of the Second Amended Complaint, except to the extent the allegations merely recite the remedy sought by plaintiffs, they need not be responded to, but denies that Northern Industrial Holdings is liable to plaintiffs in any respect.

8.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 8 of the Second Amended Complaint.

9.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 9 of the Second Amended Complaint, except denies that plaintiffs are entitled to any recovery from Northern Industrial Holdings.

10.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 10 of the Second Amended Complaint.

11.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 11 of the Second Amended Complaint.

12.      The allegations in paragraph 12 of the Second Amended Complaint merely state naming conventions for defendants in connection to the remainder of the allegations in the Second Amended Complaint and need not be responded to.

13.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 13 of the Second Amended Complaint.

14.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 14 of the Second Amended Complaint.

15.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 15 of the Second Amended Complaint.

16.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 16 of the Second Amended Complaint.

17.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 17 of the Second Amended Complaint.

18.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 18 of the Second Amended Complaint.

19.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 19 of the Second Amended Complaint.

20.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 20 of the Second Amended Complaint.

21.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 21 of the Second Amended Complaint.

22.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 22 of the Second Amended Complaint.

23.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 23 of the Second Amended Complaint.

24.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 24 of the Second Amended Complaint.

25.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 25 of the Second Amended Complaint.

26.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 26 of the Second Amended Complaint.

27.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 27 of the Second Amended Complaint.

28.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 28 of the Second Amended Complaint.

29.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 29 of the Second Amended Complaint.

30.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 30 of the Second Amended Complaint.

31.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 31 of the Second Amended Complaint.

32.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 32 of the Second Amended Complaint.

33.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 33 of the Second Amended Complaint.

34.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 34 of the Second Amended Complaint.

35.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 35 of the Second Amended Complaint.

36.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 36 of the Second Amended Complaint.

37.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 37 of the Second Amended Complaint.

38.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 38 of the Second Amended Complaint.

39.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 39 of the Second Amended Complaint.

40.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 40 of the Second Amended Complaint.

41.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 41 of the Second Amended Complaint.

42.     Northern Industrial Holdings admits the allegations in paragraph 42 of the Second Amended Complaint that Northern Industrial Holdings, LLC is a Delaware Corporation with a service of process address at Capitol Services, Inc., 1675 South State Street, Suite B, Dover, Delaware, 19901, but denies the allegations that Northern Industrial Holdings, LLC owns real property at 6259 Thompson Road, Syracuse, New York 13206.

43.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 43 of the Second Amended Complaint.

44.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 44 of the Second Amended Complaint.

45.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 45 of the Second Amended Complaint.

46.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 46 of the Second Amended Complaint.

47.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 47 of the Second Amended Complaint.

48.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 48 of the Second Amended Complaint.

49.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 49 of the Second Amended Complaint.

50.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 50 of the Second Amended Complaint.

51.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 51 of the Second Amended Complaint.

52.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 52 of the Second Amended Complaint.

53.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 53 of the Second Amended Complaint.

54.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 54 of the Second Amended Complaint.

55.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 55 of the Second Amended Complaint.

56.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 56 of the Second Amended Complaint.

57.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 57 of the Second Amended Complaint.

58.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 58 of the Second Amended Complaint.

59.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 59 of the Second Amended Complaint, except admits that Onondaga Lake is in the vicinity of the City of Syracuse, New York, and further denies that Northern Industrial Holdings contributed any contaminants that migrated to the Lake.

60.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 60 of the Second Amended Complaint, but denies that Northern Industrial Holdings contributed to the current condition of the Lake, and otherwise respectfully refers the Court to the Record of Decision referred to in the Second Amended Complaint, and state that Northern Industrial Holdings had no involvement with the Record of Decision.

61.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 61 of the Second Amended Complaint.

62.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 62 of the Second Amended Complaint.

63.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 63 of the Second Amended Complaint.

64.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 64 of the Second Amended Complaint, except admits that Ley Creek flows generally from east to west.

65.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 65 of the Second Amended Complaint.

66.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 66 of the Second Amended Complaint.

67.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 67 of the Second Amended Complaint.

68.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 68 of the Second Amended Complaint.

69.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 69 of the Second Amended Complaint.

70.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 70 of the Second Amended Complaint.

71.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 71 of the Second Amended Complaint, and state that the allegations constitute a legal conclusion within the exclusive province of the Court.

72.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 72 of the Second Amended Complaint.

73.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 73 of the Second Amended Complaint.

74.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 74 of the Second Amended Complaint.

75.     The allegations in paragraph 75 of the Second Amended Complaint consist of recitations to various statutes, and Northern Industrial Holdings respectfully refers the Court to said provisions to ascertain the precise contents thereof.

76.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 76 of the Second Amended Complaint, but states that

Northern Industrial Holdings is not responsible for any contamination in OU-2 or the Expanded Territory.

77.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 77 of the Second Amended Complaint.

78.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 78 of the Second Amended Complaint.

79.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 79 of the Second Amended Complaint, but admits, based on common knowledge, that PCBs were used in a variety of products and materials.

80.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 80 of the Second Amended Complaint, except denies that Northern Industrial Holdings released or discharged PCBs or other contaminants into the Ley Creek watershed or the OU-2 area.

81.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 81 of the Second Amended Complaint, except denies that Northern Industrial Holdings released or discharged PCBs or other contaminants into the Ley Creek watershed or the "Expanded Territory."

82.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 82 of the Second Amended Complaint.

83.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 83 of the Second Amended Complaint, other than by reviewing the allegations in this action.

84.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 84 of the Second Amended Complaint.

85.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 85 of the Second Amended Complaint.

86.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 86 of the Second Amended Complaint.

87.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 87 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC website to ascertain the allegations in said paragraph as to the alleged spills by National Grid.

88.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 88 of the Second Amended Complaint.

89.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 89 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

90.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 90 of the Second Amended Complaint.

91.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 91 of the Second Amended Complaint.

92.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 92 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC database to assess the accuracy of the allegation.

93.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 93 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC database to assess the accuracy of the allegation.

94.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 94 of the Second Amended Complaint.

95.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 95 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC database to assess the accuracy of said allegations.

96.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 96 of the Second Amended Complaint.

97.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 97 of the Second Amended Complaint.

98.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 98 of the Second Amended Complaint.

99.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 99 of the Second Amended Complaint.

100.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 100 of the Second Amended Complaint.

101.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 101 of the Second Amended Complaint.

102.      Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 102 of the Second Amended Complaint.

103.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 103 of the Second Amended Complaint.

104.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 104 of the Second Amended Complaint.

105.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 105 of the Second Amended Complaint.

106.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 106 of the Second Amended Complaint.

107.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 107 of the Second Amended Complaint.

108.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 108 of the Second Amended Complaint.

109.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 109 of the Second Amended Complaint.

110.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 110 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC Superfund Database to assess the accuracy of the allegations.

111.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 111 of the Second Amended Complaint, but respectfully refers the Court to the New York State Registry of Inactive Hazardous Waste Disposal Sites to assess the accuracy of the allegations.

112.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 112 of the Second Amended Complaint.

113.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 113 of the Second Amended Complaint.

114.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 114 of the Second Amended Complaint.

115.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 115 of the Second Amended Complaint.

116.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 116 of the Second Amended Complaint.

117.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 117 of the Second Amended Complaint.

118.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 118 of the Second Amended Complaint.

119.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 119 of the Second Amended Complaint.

120.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 120 of the Second Amended Complaint.

121.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 121 of the Second Amended Complaint, but otherwise respectfully refers the Court to the EPAs Enforcement and Compliance History Database to ascertain the accuracy of the allegations therein.

122.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 122 of the Second Amended Complaint.

123.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 123 of the Second Amended Complaint.

124.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 124 of the Second Amended Complaint.

125.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 125 of the Second Amended Complaint.

126.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 126 of the Second Amended Complaint.

127.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 127 of the Second Amended Complaint, but respectfully refers the Court to the EPA FINDS database to assess the accuracy of the allegations therein.

128.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 128 of the Second Amended Complaint.

129.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 129 of the Second Amended Complaint.

130.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 130 of the Second Amended Complaint.

131.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 131 of the Second Amended Complaint, but

respectfully refers the Court to the referenced spill report to assess the accuracy of the allegations.

132.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 132 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 132 of the Second Amended Complaint.

133.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 133 of the Second Amended Complaint.

134.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 134 of the Second Amended Complaint.

135.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 135 of the Second Amended Complaint.

136.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 136 of the Second Amended Complaint.

137.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 137 of the Second Amended Complaint.

138.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 138 of the Second Amended Complaint.

139.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 139 of the Second Amended Complaint.

140.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 140 of the Second Amended Complaint.

141.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 141 of the Second Amended Complaint.

142.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 142 of the Second Amended Complaint.

143.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 143 of the Second Amended Complaint.

144.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 144 of the Second Amended Complaint.

145.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 145 of the Second Amended Complaint.

146.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 146 of the Second Amended Complaint.

147.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 147 of the Second Amended Complaint.

148.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 148 of the Second Amended Complaint.

149.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 149 of the Second Amended Complaint.

150.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 150 of the Second Amended Complaint.

151.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 151 of the Second Amended Complaint.

152.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 152 of the Second Amended Complaint.

153.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 153 of the Second Amended Complaint.

154.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 154 of the Second Amended Complaint.

155.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 155 of the Second Amended Complaint.

156.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 156 of the Second Amended Complaint.

157.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 157 of the Second Amended Complaint.

158.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 158 of the Second Amended Complaint.

159.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 159 of the Second Amended Complaint.

160.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 160 of the Second Amended Complaint.

161.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 161 of the Second Amended Complaint.

162.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 162 of the Second Amended Complaint.

163.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 163 of the Second Amended Complaint.

164.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 164 of the Second Amended Complaint.

165.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 165 of the Second Amended Complaint.

166.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 166 of the Second Amended Complaint.

167.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 167 of the Second Amended Complaint.

168.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 168 of the Second Amended Complaint.

169.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 169 of the Second Amended Complaint.

170.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 170 of the Second Amended Complaint.

171.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 171 of the Second Amended Complaint.

172.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 172 of the Second Amended Complaint.

173.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 173 of the Second Amended Complaint.

174.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 174 of the Second Amended Complaint.

175.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 175 of the Second Amended Complaint.

176.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 176 of the Second Amended Complaint.

177.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 177 of the Second Amended Complaint.

178.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 178 of the Second Amended Complaint.

179.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 179 of the Second Amended Complaint.

180.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 180 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC Spills Database to assess the accuracy of the allegations contained in said paragraph.

181.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 181 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC Spills Database to assess the accuracy of the allegations contained in said paragraph.

182.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 182 of the Second Amended Complaint.

183.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 183 of the Second Amended Complaint, but respectfully refers the Court to the NYSDEC Spills Database to assess the accuracy of the allegations contained in said paragraph.

184.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 184 of the Second Amended Complaint.

185.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 185 of the Second Amended Complaint.

186.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 186 of the Second Amended Complaint.

187.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 187 of the Second Amended Complaint.

188.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 188 of the Second Amended Complaint.

189.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 189 of the Second Amended Complaint.

190.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 190 of the Second Amended Complaint.

191.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 191 of the Second Amended Complaint.

192.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 192 of the Second Amended Complaint.

193.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 193 of the Second Amended Complaint.

194.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 194 of the Second Amended Complaint.

195.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 195 of the Second Amended Complaint.

196.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 196 of the Second Amended Complaint.

197.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 197 of the Second Amended Complaint.

198.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 198 of the Second Amended Complaint.

199.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 199 of the Second Amended Complaint.

200.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 200 of the Second Amended Complaint.

201.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 201 of the Second Amended Complaint.

202.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 202 of the Second Amended Complaint.

203.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 203 of the Second Amended Complaint.

204.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 204 of the Second Amended Complaint.

205.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 205 of the Second Amended Complaint.

206.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 206 of the Second Amended Complaint.

207.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 207 of the Second Amended Complaint.

208.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 208 of the Second Amended Complaint.

209.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 209 of the Second Amended Complaint.

210.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 210 of the Second Amended Complaint.

211.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 211 of the Second Amended Complaint.

212.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 212 of the Second Amended Complaint, but respectfully refers the Court to said Consent Order.  Northern Industrial Holdings has no knowledge as to whether Roth Brothers fully complied with said Consent Order.

213.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 213 of the Second Amended Complaint.

214.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 214 of the Second Amended Complaint, but respectfully refers the Court to any public records of real property records to ascertain the accuracy of the allegations contained in said paragraph.

215.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 215 of the Second Amended Complaint.

216.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 216 of the Second Amended Complaint.

217.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 217 of the Second Amended Complaint, but otherwise refers the Court to any public records of real property records to ascertain the accuracy of the allegations contained in said paragraph.

218.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 218 of the Second Amended Complaint, but respectfully refers the Court to the referenced Consent Order.

219.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 219 of the Second Amended Complaint.

220.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 220 of the Second Amended Complaint.

221.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 221 of the Second Amended Complaint.

222.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 222 of the Second Amended Complaint.

223.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 223 of the Second Amended Complaint.

224.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 224 of the Second Amended Complaint.

225.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 225 of the Second Amended Complaint, but respectfully refers the Court to the referenced real property records to ascertain the accuracy of the allegations contained in said paragraph.

226.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 226 of the Second Amended Complaint.

227.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 227 of the Second Amended Complaint.

228.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 228 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 228 of the Second Amended Complaint.

229.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 229 of the Second Amended Complaint.

230.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 230 of the Second Amended Complaint.

231.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 231 of the Second Amended Complaint.

232.    Northern Industrial Holdings denies the allegations in paragraph 232 of the Second Amended Complaint.

233.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 233 of the Second Amended Complaint.

234.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 234 of the Second Amended Complaint.

235.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 235 of the Second Amended Complaint.

236.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 236 of the Second Amended Complaint.

237.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 237 of the Second Amended Complaint.

238.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 238 of the Second Amended Complaint.

239.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 239 of the Second Amended Complaint.

240.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 240 of the Second Amended Complaint.

241.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 241 of the Second Amended Complaint.

242.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 242 of the Second Amended Complaint, but otherwise

respectfully refers the Court to the NYSDEC Hazardous Waste Manifest database to ascertain the accuracy of the allegations in said paragraph.

243.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 243 of the Second Amended Complaint.

244.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 244 of the Second Amended Complaint.

245.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 245 of the Second Amended Complaint.

246.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 246 of the Second Amended Complaint.

247.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 247 of the Second Amended Complaint.

248.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 248 of the Second Amended Complaint.

249.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 249 of the Second Amended Complaint.

250.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 250 of the Second Amended Complaint.

251.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 251 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 251 of the Second Amended Complaint.

252.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 252 of the Second Amended Complaint.

253.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 253 of the Second Amended Complaint.

254.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 254 of the Second Amended Complaint.

255.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 255 of the Second Amended Complaint.

256.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 256 of the Second Amended Complaint.

257.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 257 of the Second Amended Complaint.

258.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 258 of the Second Amended Complaint.

259.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 259, except it denies the allegations in paragraph 259 of the Second Amended Complaint that Northern Industrial Holdings and Hauler's Facility are the current owners of a four-acre site at or about at 6200 and 6259 Thompson Road, in the Town of Dewitt, New York (tax lot nos. 033.-04-10.1; 033.-04-10.2) ("Oberdorfer Facility"). Northern Industrial Holdings sold 6259 Thompson Road to 6259 Thompson Road LLC on August 11, 2022.

260.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 260 of the Second Amended Complaint.

261.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 261 of the Second Amended Complaint.

262.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 262 of the Second Amended Complaint.

263.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 263 of the Second Amended Complaint.

264.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 264 of the Second Amended Complaint.

265.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 265 of the Second Amended Complaint.

266.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 266 of the Second Amended Complaint.

267.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 267 of the Second Amended Complaint.

268.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 268 of the Second Amended Complaint.

269.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 270 of the Second Amended Complaint.

270.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 270 of the Second Amended Complaint.

271.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 271 of the Second Amended Complaint.

272.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 272 of the Second Amended Complaint.

273.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 273 of the Second Amended Complaint.

274.     Northern Industrial Holdings denies the allegations in paragraph 274 of the Second Amended Complaint.

275.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 275 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

276.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 276 of the Second Amended Complaint.

277.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 277 of the Second Amended Complaint.

278.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 278 of the Second Amended Complaint.

279.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 279 of the Second Amended Complaint.

280.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 280 of the Second Amended Complaint.

281.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 281 of the Second Amended Complaint.

282.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 282 of the Second Amended Complaint.

283.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 283 of the Second Amended Complaint.

284.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 284 of the Second Amended Complaint.

285.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 285 of the Second Amended Complaint.

286.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 286 of the Second Amended Complaint.

287.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 287 of the Second Amended Complaint.

288.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 288 of the Second Amended Complaint, but otherwise respectfully refers the Court to the NYS Registry of Inactive Hazardous Waste Disposal Sites referenced in the paragraph to ascertain the accuracy of the allegations in said paragraph.

289.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 289 of the Second Amended Complaint.

290.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 290 of the Second Amended Complaint.

291.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 291 of the Second Amended Complaint.

292.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 292 of the Second Amended Complaint.

293.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 293 of the Second Amended Complaint.

294.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 294 of the Second Amended Complaint.

295.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 295 of the Second Amended Complaint.

296.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 296 of the Second Amended Complaint.

297.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 297 of the Second Amended Complaint.

298.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 298 of the Second Amended Complaint.

299.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 299 of the Second Amended Complaint.

300.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 300 of the Second Amended Complaint.

301.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 301 of the Second Amended Complaint.  To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 301 of the Second Amended Complaint.

302.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 302 of the Second Amended Complaint.  To the extent

the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 302 of the Second Amended Complaint.

303.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 303 of the Second Amended Complaint.

304.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 304 of the Second Amended Complaint.

305.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 305 of the Second Amended Complaint.

306.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 306 of the Second Amended Complaint.

307.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 307 of the Second Amended Complaint.

308.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 308 of the Second Amended Complaint.

309.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 309 of the Second Amended Complaint.

310.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 309 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 310 of the Second Amended Complaint.

311.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 311 of the Second Amended Complaint.

312.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 312 of the Second Amended Complaint.

313.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 313 of the Second Amended Complaint.

314.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 314 of the Second Amended Complaint.

315.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 315 of the Second Amended Complaint.

316.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 316 of the Second Amended Complaint.

317.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 317 of the Second Amended Complaint.

318.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 318 of the Second Amended Complaint.

319.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 319 of the Second Amended Complaint.

320.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 320 of the Second Amended Complaint.

321.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 321 of the Second Amended Complaint.

322.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 322 of the Second Amended Complaint.

323.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 323 of the Second Amended Complaint.

324.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 324 of the Second Amended Complaint.

325.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 325 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 325 of the Second Amended Complaint.

326.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 326 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 326 of the Second Amended Complaint.

327.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 327 of the Second Amended Complaint.

328.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 328 of the Second Amended Complaint.

329.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 329 of the Second Amended Complaint.

330.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 330. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 330 of the Second Amended Complaint.

331.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 331 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 331 of the Second Amended Complaint.

332.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 332 of the Second Amended Complaint.

333.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 333 of the Second Amended Complaint.

334.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 334 of the Second Amended Complaint.

335.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 335 of the Second Amended Complaint.

336.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 336 of the Second Amended Complaint.

337.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 337 of the Second Amended Complaint.

338.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 338 of the Second Amended Complaint.

339.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 339 of the Second Amended Complaint.

340.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 340 of the Second Amended Complaint.

341.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 341 of the Second Amended Complaint.

342.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 342 of the Second Amended Complaint.

343.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 343 of the Second Amended Complaint.

344.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 344 of the Second Amended Complaint.

345.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 345 of the Second Amended Complaint.

346.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 346 of the Second Amended Complaint.

347.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 347 of the Second Amended Complaint.

348.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 348 of the Second Amended Complaint.

349.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 349 of the Second Amended Complaint.

350.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 350 of the Second Amended Complaint.

351.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 351 of the Second Amended Complaint.

352.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 352 of the Second Amended Complaint.

353.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 353 of the Second Amended Complaint.

354.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 354 of the Second Amended Complaint, but to the extent the Bankruptcy Records are public, Northern Industrial Holdings respectfully refers the Court to said records to ascertain the contents thereof.

355.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 355 of the Second Amended Complaint.

356.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 356 of the Second Amended Complaint.

357.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 357 of the Second Amended Complaint.

358.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 358 of the Second Amended Complaint.

359.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 359 of the Second Amended Complaint.

360.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 360 of the Second Amended Complaint.

361.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 361 of the Second Amended Complaint.

362.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 362 of the Second Amended Complaint.

363.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 363 of the Second Amended Complaint.

364.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 364 of the Second Amended Complaint.

365.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 365 of the Second Amended Complaint.

366.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 366 of the Second Amended Complaint.

367.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 367 of the Second Amended Complaint. To the extent the "EDR Report" is a public record, Northern Industrial Holdings respectfully refers the Court to said document to ascertain the accuracy of the allegations in paragraph 367 of the Second Amended Complaint.

368.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 368 of the Second Amended Complaint.

369.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 369 of the Second Amended Complaint.

370.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 370 of the Second Amended Complaint.

371.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 371 of the Second Amended Complaint.

372.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 372 of the Second Amended Complaint.

373.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 373 of the Second Amended Complaint.

374.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 374 of the Second Amended Complaint.

375.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 375 of the Second Amended Complaint.

376.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 376 of the Second Amended Complaint.

377.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 377 of the Second Amended Complaint.  Northern Industrial Holdings also denies that it is one of the "Arranger Defendants" as defined in the Second Amended Complaint.

378.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 378 of the Second Amended Complaint.

379.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 379 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

380.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 380 of the Second Amended Complaint.

381.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 381 of the Second Amended Complaint.

382.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 382 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

383.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 383 of the Second Amended Complaint.

384.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 384 of the Second Amended Complaint.

385.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 385 of the Second Amended Complaint.

386.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 386 of the Second Amended Complaint.

387.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 387 of the Second Amended Complaint.

388.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 388 of the Second Amended Complaint.

389.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 389 of the Second Amended Complaint.

390.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 390 of the Second Amended Complaint, except denies

that Northern Industrial Holdings is or was one of the "Arranger Defendants" as defined in the Second Amended Complaint.

391.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 39 of the Second Amended Complaint, except denies that Northern Industrial Holdings is or was one of the "Arranger Defendants" as defined in the Second Amended Complaint, and further denies that it is in any respect responsible for any contamination that may be present in UO-2 or the "Expanded Area."

392.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 392 of the Second Amended Complaint.

393.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 393 of the Second Amended Complaint.

394.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 394 of the Second Amended Complaint.

395.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 395 of the Second Amended Complaint.

396.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 396 of the Second Amended Complaint.

397.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 397 of the Second Amended Complaint.

398.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 398 of the Second Amended Complaint.

399.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 399 of the Second Amended Complaint.

400.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 400 of the Second Amended Complaint.

401.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 401 of the Second Amended Complaint.

402.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 402 of the Second Amended Complaint.

403.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 403 of the Second Amended Complaint.

404.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 404 of the Second Amended Complaint.

405.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 405 of the Second Amended Complaint.

406.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 406 of the Second Amended Complaint.

407.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 407 of the Second Amended Complaint.

408.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 408 of the Second Amended Complaint.

409.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 409 of the Second Amended Complaint.

410.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 410 of the Second Amended Complaint.

411.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 411 of the Second Amended Complaint.

412.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 412 of the Second Amended Complaint.

413.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 413 of the Second Amended Complaint.

414.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 414 of the Second Amended Complaint.

415.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 415 of the Second Amended Complaint.  To the extent the allegations merely establish naming conventions for the GM defendants, Northern Industrial Holdings need not respond to them.

416.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 416 of the Second Amended Complaint, but otherwise respectfully refers the Court to the records of the U.S. District Court for the Southern District of New York to ascertain the exact and complete contents thereof.

417.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 417 of the Second Amended Complaint, but otherwise respectfully refers the Court to the records of the U.S. District Court for the Southern District of New York to ascertain the exact and complete contents thereof.

418.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 418 of the Second Amended Complaint.

419.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 419 of the Second Amended Complaint.

420.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 420 of the Second Amended Complaint.

421.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 421 of the Second Amended Complaint.

422.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 422 of the Second Amended Complaint.

423.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 423 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof.

424.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 424 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterates that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

425.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 425 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterates that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

426.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 426 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterates that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

427.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 427 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterates that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

428.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 428 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterates that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

429.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 429 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterates that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

430.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 430 of the Second Amended Complaint, but otherwise

respectfully refers the Court to the ROD to ascertain the exact and complete contents thereof. Northern Industrial Holdings had no involvement in the formulation of the ROD.

431.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 431 of the Second Amended Complaint.

432.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 432 of the Second Amended Complaint.

433.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 433 of the Second Amended Complaint, but otherwise respectfully refers the Court to the "2011 Agreement" to ascertain the exact and complete contents thereof, and reiterate that Northern Industrial Holdings was not a signatory to the 2011 Agreement.

434.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 434 of the Second Amended Complaint.

435.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 435 of the Second Amended Complaint.

436.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 436 of the Second Amended Complaint.

437.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 437 of the Second Amended Complaint.

438.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 438 of the Second Amended Complaint.

439.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 439 of the Second Amended Complaint.

440.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 440 of the Second Amended Complaint.

441.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 441 of the Second Amended Complaint.

442.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 442 of the Second Amended Complaint.

443.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 443 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

444.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 444 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

445.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 445 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

446.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 446 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

447.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 447 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

448.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 448 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

449.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 449 of the Second Amended Complaint.

450.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 450 of the Second Amended Complaint, except denies that Northern Industrial Holdings is responsible for any past, current, or future response costs.

451.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 451 of the Second Amended Complaint, except states the following:  plaintiffs have no cognizable remedy at law against Northern Industrial Holdings. Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegation in paragraph 451 of the Second Amended Complaint that plaintiffs have made no prior application for relief.

452.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 452 of the Second Amended Complaint, but states that the issue of jurisdiction is a matter of law within the exclusive province of the Court.

453.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 453 of the Second Amended Complaint, but states that the issue of jurisdiction is a matter of law within the exclusive province of the Court.

454.     Northern Industrial Holdings denies the allegations in paragraph 454 of Second Amended Complaint, except admits that venue is proper in this Court.  Northern Industrial Holdings reiterates that it is in no respect liable to plaintiffs.

455.    The allegations in paragraph 455 of the Second Amended Complaint call for legal conclusions within the exclusive province of the Court and need not be responded to. Notwithstanding the foregoing, Northern Industrial Holdings denies that it has any liability to plaintiffs.

456.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 456 of the Second Amended Complaint.

457.    The allegations in paragraph 457 of the Second Amended Complaint call for legal conclusions within the exclusive province of the Court and need not be responded to. Notwithstanding the foregoing, Northern Industrial Holdings denies that it has any liability to plaintiffs.

458.    The allegations in paragraph 458 of the Second Amended Complaint call for legal conclusions within the exclusive province of the Court and need not be responded to. Notwithstanding the foregoing, Northern Industrial Holdings denies that it has any liability to plaintiffs.

459.    The allegations in paragraph 459 of the Second Amended Complaint call for legal conclusions within the exclusive province of the Court, and need not be responded to. Notwithstanding the foregoing, Northern Industrial Holdings denies that it has any liability to plaintiffs.

460.    Northern Industrial Holdings denies the allegations in paragraph 460 of the Second Amended Complaint, and more specifically denies the allegation that it is an "Arranger Defendant," a contrived term as defined in the Second Amended Complaint.

461.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 461 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

462.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 462 of the Second Amended Complaint,

463.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 463 of the Second Amended Complaint.

464.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 464 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

465.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 465 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

466.     Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 466 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

467.     Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 457 of the Second Amended Complaint.

468.     The allegations in paragraph 468 of the Second Amended Complaint simply parrots the language in the reference, and need not be responded to, but Northern Industrial Holdings denies that it released "hazardous substances."

469.     The allegations in paragraph 469 of the Second Amended Complaint simply parrots the language in the referenced statutes, and need not be responded to, but Northern

Industrial Holdings denies that it released "hazardous substances" or that it is anyway liable to Plaintiffs for costs incurred to investigate and remediate any contamination at OU-2 and the Expanded Territory.

470.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 470 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

471.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 471 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

472.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 472 of the Second Amended Complaint.

473.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 473 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

474.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 474 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

475.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 475 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

476.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 476 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

477. Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 477 of the Second Amended Complaint.

478. Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 478 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings, and further denies that plaintiffs are entitled to any contribution or indemnification from Northern Industrial Holdings for any cleanup costs.

479. Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 479 of the Second Amended Complaint, except states that the allegations merely parrot the language of the referenced statutes, and further denies said allegations to the extent they refer to Northern Industrial Holdings.

480. Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 480 of the Second Amended Complaint.

481. Northern Industrial Holdings denies the allegations in paragraph 481 of the Second Amended Complaint, and state that the duty owed by any defendant is a matter exclusively with the province of the Court, but denies that Northern Industrial Holdings has breached any duties to plaintiffs.

482. Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 482 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

483. Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 483 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

484.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 484 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

485.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 485 of the Second Amended Complaint.

486.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 486 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

487.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 487 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

488.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 488 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

489.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 489 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

490.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 490 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

491.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 491 of the Second Amended Complaint.

492.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 492 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

493.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 493 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

494.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 494 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

495.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 495 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

496.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 496 of the Second Amended Complaint.

497.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 497 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

498.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 498 of the Second Amended Complaint.

499.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 499 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

500.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 500 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings, and further denies that Northern Industrial Holdings is in any respect liable to plaintiffs.

501.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 501 of the Second Amended Complaint.

502.    The allegations in paragraph 502 of the Second Amended Complaint merely refer to the statute regarding declaratory judgments, and need not be responded to. However, Northern Industrial Holdings denies that plaintiffs are entitled to a declaratory judgment against it.

503.    The allegations in paragraph 503 of the Second Amended Complaint merely refer to the statute regarding declaratory judgments, and need not be responded to. However, Northern Industrial Holdings denies that plaintiffs are entitled to a declaratory judgment against it.

504.    The allegations in paragraph 504 of the Second Amended Complaint merely refer to the statute regarding declaratory judgments, and need not be responded to. However, Northern Industrial Holdings denies that plaintiffs are entitled to a declaratory judgment against it.

505.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 505 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

506.    Paragraph 506 of the Second Amended Complaint merely states forth the relief sought by plaintiffs, and need not be responded to.  However, Northern Industrial Holdings denies that plaintiffs are entitled to any relief against Northern Industrial Holdings.

507.    Northern Industrial Holdings repeats and realleges its response to the allegations incorporated by reference in paragraph 507 of the Second Amended Complaint.

508.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 508 of the Second Amended Complaint, except states that the allegations merely parrot the language of the referenced statute, and further denies that it is responsible for the presence of any hazardous substances.

509.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 509 of the Second Amended Complaint, except states that the allegations merely parrot the language of the referenced statutes, and further denies said allegations to the extent they refer to Northern Industrial Holdings.

510.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 510 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

511.    Northern Industrial Holdings denies knowledge or information sufficient to form a belief as to the allegations in paragraph 511 of the Second Amended Complaint, except denies said allegations to the extent they refer to Northern Industrial Holdings.

## AFFIRMATIVE DEFENSES

NORTHERN INDUSTRIAL HOLDINGS sets forth the following Affirmative Defenses to the Second Amended Complaint ("SAC"), without waiving any of its defenses set forth herein, based upon information presently known to NORTHERN INDUSTRIAL HOLDINGS, to apprise Plaintiffs of certain potentially applicable Affirmative Defenses.  In asserting these Affirmative Defenses, NORTHERN INDUSTRIAL HOLDINGS reserves the right to modify, amend, or supplement any Affirmative Defense asserted and to assert any additional Affirmative Defenses.

## FIRST AFFIRMATIVE DEFENSE

1.    The SAC fails to state a claim upon which relief can be granted.

57

## SECOND AFFIRMATIVE DEFENSE

2.      The SAC is barred by applicable statutes of limitation and/or statutes of response.

## THIRD AFFIRMATIVE DEFENSE

3.      The SAC is barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

4.      The SAC is barred by the doctrines of waiver and estoppel.

## FIFTH AFFIRMATIVE DEFENSE

5.      The SAC is barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

6.      The SAC is barred, in whole or in part, by a failure to mitigate damages.

## SEVENTH AFFIRMATIVE DEFENSE

7.      The SAC is barred because Plaintiffs have failed to join necessary parties

pursuant to Rule 19(a) of the Federal Rules of Civil Procedure.

## EIGHTH AFFIRMATIVE DEFENSE

8.      Plaintiffs lack standing to assert one or more of the claims in the SAC.

## NINTH AFFIRMATIVE DEFENSE

9.      The SAC is barred to the extent that Plaintiffs assumed and took assignment of all

liability for environmental conditions in OU-2 and the Expanded Territory.

## TENTH AFFIRMATIVE DEFENSE

10.      The SAC against NORTHERN INDUSTRIAL HOLDINGS is barred because

Plaintiffs and/or other parties are responsible for 100% of Plaintiffs' alleged past and future

response costs in OU-2 and the Expanded Territory (the "Response Costs").

## ELEVENTH AFFIRMATIVE DEFENSE

11.    The SAC against NORTHERN INDUSTRIAL HOLDINGS is barred because Plaintiffs' Response Costs were not actually or proximately caused by any acts or omissions of NORTHERN INDUSTRIAL HOLDINGS or by any other person or party acting under or pursuant to its direction, authority, or control.

## TWELFTH AFFIRMATIVE DEFENSE

12.    The SAC against NORTHERN INDUSTRIAL HOLDINGS is barred because NORTHERN INDUSTRIAL HOLDINGS fulfilled all of its duties and obligations, whether arising from common law, statute, contract, tort or otherwise, including without limitation any statutory provisions referenced in the SAC.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.    Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under the common law are barred because NORTHERN INDUSTRIAL HOLDINGS exercised due care with respect to the activities at the Oberdorfer Facility and took precautions against the foreseeable acts of others.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    Plaintiffs' state law claims against NORTHERN INDUSTRIAL HOLDINGS are preempted by federal law.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.    Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under CERCLA are barred because NORTHERN INDUSTRIAL HOLDINGS is not a successor to, nor has it assumed the liability of, any "owner" or "operator" under CERCLA for Plaintiffs' Response Costs.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under CERCLA are barred because NORTHERN INDUSTRIAL HOLDINGS is not a current or former "owner" or "operator" of any "Facility," under CERCLA §§ 101(9), (20) (42 U.S.C. §§ 9601(9), (20)) that has disposed of Hazardous Substances that are or were present in OU-2 and/or the Expanded Territory, and NORTHERN INDUSTRIAL HOLDINGS is not otherwise liable under CERCLA for Plaintiffs' Response Costs.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.     Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS for cost recovery under CERCLA § 107 (42 U.S.C. § 9607) are barred because Plaintiffs have also pled a contribution claim for the Response Costs.  *See, e.g.*, *Niagara Mohawk Power Corp. v. Chevron USA, Inc.*, 596 F.3d 112, 128 (2d Cir. 2010).

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     Plaintiffs' actions, including (wtihout limitation) its alleged cleanup and removal of hazardous substances (under CERCLA) and petroleum (under the New York Navigation Law) at OU-2 and the Expanded Territory were not consistent with the National Contingency Plan as required by Section 176(4) of the New York Navigation Law and 42 U.S.C. § 9607(a)(4)(B) and, as such, any recovery against NORTHERN INDUSTRIAL HOLDINGS is barred and/or must be reduced accordingly.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under the New York Navigation Law are barred because NORTHERN INDUSTRIAL HOLDINGS is not a discharger and/or has not discharged petroleum at the referenced property within the meaning of Article 12 of the New York Navigation Law.

## TWENTIETH AFFIRMATIVE DEFENSE

20.      Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under the New York Navigation Law are barred because certain acts or omissions for which the Plaintiffs allege NORTHERN INDUSTRIAL HOLDINGS is responsible, have been caused solely by actions of parties other than NORTHERN INDUSTRIAL HOLDINGS.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

21.      Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under the New York Navigation Law are barred and/or limited because Plaintiffs are dischargers and/or have discharged petroleum within the meaning of Article 12 of the New York Navigation Law.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

22.      Plaintiffs' claims against NORTHERN INDUSTRIAL HOLDINGS under the New York Navigation Law are barred because NORTHERN INDUSTRIAL HOLDINGS is entitled to one or more of the defenses set forth in Section 181(4) of the New York Navigation Law.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

23.      Certain Response Costs allegedly incurred by Plaintiffs are divisible in that they were incurred to address hazardous substances and/or petroleum generated and discharged by parties other than NORTHERN INDUSTRIAL HOLDINGS.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.      If NORTHERN INDUSTRIAL HOLDINGS is liable under 42 U.S.C. § 9607 (which is denied), then NORTHERN INDUSTRIAL HOLDINGS is entitled to contribution from Plaintiffs under 42 U.S.C. § 9613.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.     If NORTHERN INDUSTRIAL HOLDINGS is liable under the New York Navigation Law (which is denied), then NORTHERN INDUSTRIAL HOLDINGS is entitled to contribution from Plaintiffs under New York Navigation Law Sections 176(8) and 181(5).

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.     Any purported injuries and damages alleged in the SAC are wholly, in part, directly and proximately caused by the actions of the Plaintiffs and/or third parties not named in the SAC, or the actions of their agents, agencies, departments, employees, contractors, or representatives.  In the event that Plaintiffs are found to have sustained and to be entitled to any damages, NORTHERN INDUSTRIAL HOLDINGS is only liable for that portion of any damages which correspond to its degree of fault or responsibility, and is entitled to a judicial determination of such, if any, and not for the acts or omissions of any other party.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.     No rule, statute, or substantive law entitles Plaintiffs to the recovery of attorneys fees or litigation costs or disbursements incurred in connection with this action.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.     Plaintiffs' Response Costs were not reasonable and therefore Plaintiffs are not entitled to recover such costs.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

29.     Plaintiffs' decisions regarding the remedial actions at the OU-2 and the Expanded Territory were arbitrary and capricious, had no basis in law, and caused, contributed and/or resulted in the damages which Plaintiffs now claim they have suffered.

## THIRTIETH AFFIRMATIVE DEFENSE

30.     NORTHERN INDUSTRIAL HOLDINGS is not obligated to indemnify Plaintiffs for losses which have not yet arisen and/or for amounts which have not yet been paid.

## COUNTERCLAIMS AGAINST PLAINTIFFS

Without waiving any defenses to the SAC stated herein, NORTHERN INDUSTRIAL

HOLDINGS brings these Counterclaims for contribution in its favor and against Plaintiffs (here,

"Counterclaim-Defendants") and in support of these Counterclaims avers as follows:

### THE PARTIES

1.      This an action for contribution pursuant to Section 113(f) of the Consolidated

Environmental Response Contribution and Liability Act ("CERCLA"), 42 U.S.C. 9613(f), and

pursuant to common law indemnification, contribution, or other equitable theories.

2.      Defendant/Counterclaim-Plaintiff Northern Industrial Holdings, LLC

("NORTHERN INDUSTRIAL HOLDINGS") is a Delaware corporation with its principal place

of business in Dover, Delaware.

3.      Upon information and belief, Plaintiff/Counterclaim-Defendant EPLET, LLC

("EPLET") is a Delaware limited liability company doing business in the State of New York.

EPLET is the Administrative Trustee of Revitalizing Auto Communities Response Trust

("RACER Trust"), an independent environmental response trust formed under New York law,

with a principal place of business at 1505 Woodward Avenue, Suite 200, Detroit, Michigan

48226.  EPLET has the same principal place of business as RACER Trust.

4.      Upon information and belief, Plaintiff/Counterclaim-Defendant RACER

Properties LLC ("RACER Properties") is a Delaware limited liability company doing business in

the State of New York.  RACER Trust is the sole member of RACER Properties and shares its

principal place of business with RACER Properties.

### JURISDICTION AND VENUE

5.      This Court has jurisdiction over these Counterclaims pursuant to Section 113(f) of

CERCLA, 42 U.S.C. 9613(f), and under 28 U.S.C. §§ 1331, 1367.

6.    Venue is proper in this Court pursuant to Section 113(b) of CERCLA, 42 U.S.C. 9613(b), and 28 U.S.C. § 1391 because the Counterclaims arise out of an actual or threatened release of hazardous substances that are alleged to have occurred within this judicial district and arise out of the same facts alleged in the SAC.

## FACTUAL BACKGROUND

7.    The property at issue in this lawsuit is the General Motors-Inland Fisher Guide Subsite ("GM-IFG Subsite"), as designated by the U.S. Environmental Protection Agency ("EPA") and the New York State Department of Environmental Cleanup ("NSYDEC").

8.    On information and belief, Counterclaim-Defendants are successors to and/or have assumed the liability of General Motors Corporation ("GM"), respecting a plant that it previously owned and/or operated by and through corporate subsidiaries at the GM-IFG Subsite (the "GM-IFG Plant").

9.    According to Counterclaim-Defendants, hazardous substances discharged from the GM-IFG Plant when GM owned and operated the facility have contaminated the soil and groundwater at the GM-IFG Plant ("OU-1") and in certain areas surrounding the GM-IFG Plant that are part of the GM-IFG Subsite (collectively, "OU-2" and the "Expanded Territory"), which has threatened public health and the environment.

10.    According to Counterclaim-Defendants, these hazardous substances include petroleum and specifically hydraulic oils that consisted of polychlorinated biphenyls ("PCBs"), among other substances.

11.    Counterclaim-Defendants allege that, by and through agreements with the EPA and NYSDEC, they have incurred significant response costs to address the release and/or threatened release of hazardous substances at the GM-IFG Plant consistent with the National Oil

and Hazardous Substances Pollution Contingency Plan promulgated pursuant to Section 105 of CERCLA, 42 U.S.C. § 9605, and; that Counterclaim-Defendants will continue to incur millions of dollars in response costs to conduct further response actions, including at OU-2, and the Expanded Territory (the "Response Costs").

12.     Counterclaim-Defendants allege that NORTHERN INDUSTRIAL HOLDINGS, along with innumerous other parties, discharged hazardous substances from their own Facilities into the Ley Creek Watershed, some of which is presently in OU-2 and the Expanded Territory. Pursuant to Sections 107(a) and 113(f) of CERCLA (42 U.S.C. §§ 9607(a), 9613(f)), as well as Sections 176(8) and 181(5) of the New York Navigation Law, Counterclaim-Defendants seek to hold NORTHERN INDUSTRIAL HOLDINGS —as well as other parties—jointly and severally liable for the recovery of the Response Costs.

13.     NORTHERN INDUSTRIAL HOLDINGS denies that it is a potentially responsible party or otherwise liable for any portion of the Response Costs. However, to the extent NORTHERN INDUSTRIAL HOLDINGS is adjudged liable to Counterclaim-Defendants or any other third parties for any part of the Response Costs, NORTHERN INDUSTRIAL HOLDINGS is entitled to contribution from Counterclaim-Defendants pursuant to Section 113(f) of CERCLA (42 U.S.C. 9613(f)), New York Navigation Law §§ 176(8) and 181(5), and pursuant to common law indemnification, contribution, or other equitable theories.

## COUNT I
### (Contribution Pursuant to Section 113(f) of CERCLA)

14.     NORTHERN INDUSTRIAL HOLDINGS incorporates by reference all of the preceding paragraphs of these Counterclaims as though fully set forth herein.

15.     These Counterclaims are asserted "during . . . [a] civil action under section 9606 of [CERCLA] or under section 9607(a)" of CERCLA because NORTHERN INDUSTRIAL

HOLDINGS is currently being sued by Counterclaim-Defendants under CERCLA section 9607(a).  42 U.S.C. § 9613(f).

16.     GM and Counterclaim-Defendants are each a "person" within the meaning of CERCLA.  42 U.S.C. § 9601(21).

17.     A person is liable under Section 107(a) of CERCLA if the person owns or operates any facility from which there was a release of a hazardous substance, 42 U.S.C. § 9607(a)(1), or if the person owned or operated any facility at the time of disposal of any hazardous substance,  42 U.S.C. § 9607(a)(2).

18.     Upon information and belief, Counterclaim-Defendants are persons who are liable in their own right for operating—and liable as successors to GM for GM's owning and operating—a Facility at or from which hazardous substances were released and/or disposed under 42 U.S.C. § 9607(a)(1) & (2).

19.     NORTHERN INDUSTRIAL HOLDINGS denies that it is a potentially responsible party or otherwise liable for any portion of the Response Costs. On information and belief, Counterclaim-Defendants are responsible for all or most of the Response Costs. However, to the extent NORTHERN INDUSTRIAL HOLDINGS is adjudged liable to Counterclaim-Defendants or any other third parties for any part of the Response Costs, NORTHERN INDUSTRIAL HOLDINGS is entitled to contribution from Counterclaim-Defendants pursuant to Section 113(f) of CERCLA (42 U.S.C. § 9613(f)).

WHEREFORE, NORTHERN INDUSTRIAL HOLDINGS requests that judgment be entered in its favor and against Counterclaim-Defendants with costs and fees to be assessed and other such further, and such other relief as this Court deems just and proper.

**COUNT II**
**(Common Law Indemnification and Contribution)**

28.    NORTHERN INDUSTRIAL HOLDINGS incorporates by reference all of the preceding paragraphs of these Counterclaims as though fully set forth herein.

29.    Upon information and belief, GM owned and operated the GM-IFG Plant of its own volition and for its own benefit, and Counterclaim-Defendants are liable for GM's conduct.

30.    NORTHERN INDUSTRIAL HOLDINGS denies that it is a potentially responsible party or otherwise liable for any portion of the Response Costs. However, to the extent NORTHERN INDUSTRIAL HOLDINGS is adjudged liable to Counterclaim-Defendants or any other third parties for any part of the Response Costs, NORTHERN INDUSTRIAL HOLDINGS is entitled to indemnification, contribution, or other equitable theories of liability from Counterclaim-Defendants.

WHEREFORE, NORTHERN INDUSTRIAL HOLDINGS requests that judgment be entered in its favor and against Counterclaim-Defendants with costs and fees to be assessed and other such further, and such other relief as this Court deems just and proper.

Dated: April 5, 2024

/s/ Melody Westfall
_____
Melody D. Westfall, Esq.
Bar Roll No. 516187
WESTFALL LAW PLLC
238 W. Division Street
Syracuse, New York 13204
Telephone:  (315) 412-0440
mwestfall@westfalllaw.com

To:    All Counsel of Record (via ECF Service)