UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee of Revitalizing Auto Communities Environmental Response Trust, and Racer Properties LLC,<br><br>Plaintiffs,<br><br>v.<br><br>National Grid USA, *et al.*,<br><br>Defendants. | Civil Action No. 5:18-cv-01267-DNH-ML<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

Having reached a settlement in the above-captioned matter, Plaintiffs and Counter Defendants EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee for Revitalizing Auto Communities Response Trust, and RACER Properties LLC ("Plaintiffs"), on the one hand, and Defendants and Counter Claimants 6181 Thompson Road LLC; Bristol-Myers Squibb Company; C&S Engineers, Inc. (f/k/a Calocerinos & Spina Engineers); Carlyle Air Conditioning Company, Inc.; Carrier Corporation; Gardner Denver, Inc., n/k/a Industrial Technologies and Services, LLC; General Electric Company; Honeywell International Inc.; Lockheed Martin Corporation; Magna Powertrain USA, Inc.; National Grid USA; New Process Gear, Inc.; Niagara Mohawk Power Corporation; Onondaga Pottery Company, Inc.; and RTX Corporation (f/k/a United Technologies Corporation) ("Settling Defendants"), on the other hand, pursuant to Federal Rule of Civil Procedure 21—which permits the Court, on motion and on just terms, to add or drop a party at any time—hereby agree and jointly stipulate that:

1. No party hereto is an infant or incompetent;

-2-

2. All claims by Plaintiffs against each Settling Defendant shall be dismissed without prejudice;

3. All counterclaims by each Settling Defendant against Plaintiffs shall be dismissed without prejudice; and

4. Each Settling Defendant shall be dismissed without prejudice from the above-captioned matter.

Respectfully submitted,

| | |
|---|---|
| **PRETI FLAHERTY BELIVEAU & PACHIOS LLP**<br><br>*/s/ Jeffrey A. Thaler*<br>Jeffrey A. Thaler, Esq. (*pro hac vice*)<br>Kevin C. Osantowski, Esq. (*pro hac vice*)<br>P.O. Box 9546<br>One City Center<br>Portland, Maine 04112<br>(207) 791-3000<br>jthaler@preti.com<br>kosantowski@preti.com<br><br>*Counsel for Plaintiffs EPLET, LLC, not individually but solely in its capacity as Administrative Trustee of Revitalizing Auto Communities Environmental Response Trust, and RACER Properties LLC* | Date:  08/07/2025 |
| **RUPP PFALZGRAF LLC**<br><br>*/s/ John T. Kolaga*<br>John T. Kolaga<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY  14202<br>(716) 854-3400<br>kolaga@rupppfalzgraf.com<br><br>*Counsel for Defendant, 6181 Thompson Road, LLC* | Date:  08/07/2025 |

-3-

| | |
|---|---|
| **MORGAN LEWIS & BOCKIUS LLP**<br><br>*/s/ John McGahren*<br>John McGahren<br>502 Carnegie Center; 2nd Floor<br>Princeton, NJ  08540<br>(609) 919-6641<br>john.mcgahren@morganlewis.com<br><br>Adina D. Bingham<br>2222 Market Street<br>Philadelphia, PA  19103<br>(215) 963-5901<br>adina.bingham@morganlewis.com<br><br>***Counsel for Bristol-Meyers Squibb Company*** | Date:       08/07/2025 |
| **HARTER SECREST & EMERY LLP**<br><br>*/s/ John G. Horn*<br>John G. Horn<br>Michael-Anthony Jaoude<br>50 Fountain Plaza - Suite 1000<br>Buffalo, NY 14202<br>(716) 853-1616<br>mjaoude@hselaw.com<br>jhorn@hselaw.com<br><br>Paul D. Sylvestri<br>Peter H. Abdella<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604-2711<br>(585) 232-6500<br>psylvestri@hselaw.com<br>pabdella@hselaw.com<br><br>***Counsel for C&S Engineers, Inc.*** | Date:       08/07/2025 |

| | |
|---|---|
| **THOMPSON HINE LLP**<br><br>*/s/ Heidi B. Friedman*<br>Heidi B. Friedman<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291<br>(216) 566-5559<br>heidi.friedman@thompsonhine.com<br><br>Tanya C. Nesbitt<br>Two Alliance Center; Suite 1600<br>3560 Lenox Road. N.E.<br>Atlanta, GA 30326<br>(404) 407-3605<br>tanya.nesbitt@thompsonhine.com<br><br><br>**DAY PITNEY LLP**<br><br>*/s/ Elizabeth C. Barton*<br>Elizabeth C. Barton<br>Erick M. Sandler<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 275-0100<br>ecbarton@daypitney.com<br>emsandler@daypitney.com<br><br>***Counsel for Carlyle Air Conditioning Company, Inc., Carrier Corporation, and RTX Corporation formerly known as United Technologies Corporation*** | Date: 08/07/2025 |

-5-

| | |
|---|---|
| **GODFREY & KAHN**<br><br>*/s/ Daniel J. Blinka*<br>Daniel J. Blinka<br>Daniel Flaherty<br>833 East Michigan Street; Suite 1800<br>Milwaukee, WI  53202<br>(414) 273-3500<br>dblinka@gklaw.com<br>dflaherty@gklaw.com<br><br><br>*/s/ Gary S. Bowitch*<br>Gary S. Bowitch<br>13 Willow Street<br>Castleton, NY  12033<br>(518) 527-2232<br>gbowitch@bowitchlaw.com<br><br>***Counsel for Gardner Denver, Inc., n/k/a Industrial Technologies and Services, LLC*** | Date:         08/07/2025 |
| **GENERAL ELECTRIC COMPANY**<br><br>*/s/ Kristin Carter Rowe*<br>Kristin Carter Rowe<br>Dean S. Sommer<br>Young Sommer LLC<br>500 Federal Street; 5th Floor<br>Troy, NY  12180<br>(518) 438-9907<br>dsommer@youngsommer.com<br>krowe@youngsommer.com<br><br>***Counsel for General Electric Company*** | Date:         08/07/2025 |

| | |
|---|---|
| **ARNOLD & PORTER KAYE<br>  SCHOLER LLP**<br><br>*/s/ Tyler L. Burgess*<br>Tyler L. Burgess<br>Lauren Cole Daniel<br>601 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 942-5293<br>tyler.burgess@arnoldporter.com<br>lauren.daniel@arnoldporter.com<br><br>*Counsel for Honeywell International Inc.* | Date:       08/07/2025 |
| **HANGLEY ARONCHICK SEGAL PUDLIN<br>  & SCHILLER**<br><br>*/s/ Steven T. Miano*<br>Steven T. Miano<br>Peter V. Keays<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103<br>(215) 496-7025<br>smiano@hangley.com<br>pkeays@hangley.com<br><br>*Counsel for Lockheed Martin Corporation* | Date:       08/07/2025 |
| **SIDLEY AUSTIN LLP**<br><br>*/s/ John Joseph Kuster*<br>John Joseph Kuster<br>Gregory P. Wang<br>787 Seventh Avenue<br>New York, NY  10019<br>(212) 839-8690<br>jkuster@sidley.com<br>greg.wang@sidley.com<br><br>*Counsel for Magna Powertrain USA, Inc. and<br>New Process Gear, Inc.* | Date:       08/07/2025 |

| | |
|---|---|
| **BARCLAY DAMON LLP**<br><br>*/s/ Yvonne E. Hennessey*<br>Yvonne E. Hennessey<br>80 State Street<br>Albany, NY  12207<br>(518) 429-4293<br>yhennessey@barclaydamon.com<br><br>Thomas Paul<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY  13202<br>(315) 425-2785<br>tpaul@barclaydamon.com<br><br>***Counsel for National Grid USA and Niagara Mohawk Power Corporation*** | Date:      08/07/2025 |
| **NIXON, PEABODY LAW FIRM**<br><br>*/s/ Andrew C. Rose*<br>Andrew C. Rose<br>Dana P. Stanton<br>677 Broadway; 10th Floor<br>Albany, NY  12207<br>(518) 427-2650<br>acrose@nixonpeabody.com<br>dstanton@nixonpeabody.com<br><br>***Counsel for Onondaga Pottery Company, Inc.*** | Date:      08/07/2025 |

SO ORDERED

_____
David N. Hurd
U.S. District Judge

Date: __August 13, 2025__

-7-

## CERTIFICATE OF SERVICE

I, Jeffrey A. Thaler, hereby certify that on August 7, 2025, I caused a copy of the foregoing Stipulation and Order of Dismissal to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Northern District of New York.

*/s/ Jeffrey A. Thaler*
Jeffrey A. Thaler, Esq. (*pro hac vice*)
