UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee of Revitalizing Auto Communities Environmental Response Trust, and RACER Properties LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>National Grid USA, *et al.*,<br><br>        Defendants. | Civil Action No. 5:18-cv-01267-DNH-ML<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      A settlement having been reached in the above-captioned matter, Plaintiffs and Counter Defendants EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee for Revitalizing Auto Communities Response Trust, and RACER Properties LLC ("Plaintiffs"), on the one hand, and Defendants and Counter Claimants ("Settling Defendants") Hauler's Facility LLC, B&B Family Limited Partnership, Lennox Industries Inc., Metalico New York, Inc., Metalico Syracuse Realty, Inc., Nokia of America Corporation, Northern Industrial Holdings, LLC, ONX1 LLC, Syracuse Deere Road Associates, LLC, Syracuse Lepage LLC, Thompson Corners, LLC, Thompson Lawn, LLC, Thompson NW, LLC, Verizon New York, Inc., and Western Electric Company, Incorporated on the other hand, hereby agree and jointly stipulate that:

    1. No party hereto is an infant or incompetent;

1

2. All claims by Plaintiffs against each Settling Defendant shall be dismissed *with prejudice*;

3. All counterclaims by each Settling Defendant against Plaintiffs shall be dismissed *with prejudice*; and

4. Each Settling Defendant shall be dismissed *with prejudice* from the above-captioned matter.

Respectfully submitted,

Date: February 5, 2026

| **PRETI FLAHERTY BELIVEAU & PACHIOS LLP**<br><br>*/s/ Jeffrey A. Thaler*<br>Jeffrey A. Thaler<br>Kevin C. Osantowski<br><br>P.O. Box 9546<br>One City Center<br>Portland, Maine 04112<br>(207) 791-3000<br>jthaler@preti.com<br>kosantowski@preti.com<br><br>***Counsel for Plaintiffs EPLET, LLC, not individually but solely in its capacity as Administrative Trustee of Revitalizing Auto Communities Environmental Response Trust, and RACER Properties LLC*** | **TALARICO LAW FIRM**<br><br>*/s/ Joseph R. Talarico, II*<br>Joseph R. Talarico, II<br><br>6832 East Genesee Street<br>Fayetteville, NY 13066<br>315-416-8875<br>jrt@talaricolawfirm.net<br><br>***Counsel for Defendant, B&B Family Limited Partnership*** |

| | |
|---|---|
| **FOGEL & BROWN, P.C.**<br><br>*/s/ Michael A. Fogel*<br>Michael A. Fogel<br>Gregory M. Brown<br><br>120 Madison Street<br>Syracuse, NY 13057<br>315-529-5939<br>mfogel@fogelbrown.com<br>gbrown@fogelbrown.com<br><br>***Counsel for Hauler's Facility LLC, Syracuse Deere Road Associates, LLC, and Syracuse Lepage LLC*** | **JONES DAY**<br><br>*/s/ Charles T. Wehland*<br>Charles T. Wehland<br>110 N. Wacker Drive, Suite 4800<br>Chicago, IL 60606-7223<br>312-782-3939<br>ctwehland@jonesday.com<br><br>Rose Mooney<br>100 High Street, 21st Floor<br>Boston, MA 02110<br>508-954-1880<br>rmooney@jonesday.com<br><br>***Counsel for Lennox Industries Inc.*** |
| **HINMAN HOWARD & KATTELL, LLP**<br><br>*/s/ Joseph J. Sluzar*<br>Joseph J. Sluzar<br><br>6 Washington Avenue<br>Endicott, NY 13760<br>607-304-3018<br>jsluzar@hhk.com<br><br>***Counsel for Metalico New York, Inc. and Metalico Syracuse Realty, Inc.*** | **ALSTON & BIRD LLP**<br><br>*/s/ Meaghan G. Boyd*<br>Meaghan G. Boyd<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>404-881-7000<br>meaghan.boyd@alston.com<br><br>David Venderbush<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>212-210-9532<br>david.venderbush@alston.com<br><br>Hillary Sanborn<br>950 F Street NW<br>Washington, DC 20004<br>202-239-3640<br>hillary.sanborn@alston.com<br><br>***Counsel for Nokia of America Corporation and Western Electric Company, Incorporated.*** |

| **WESTFALL LAW PLLC**<br><br>*/s/ Melody D. Westfall*<br>Melody D. Westfall<br><br>238 West Division Street<br>Syracuse, NY 13204<br>315-412-0440<br>mwestfall@westfalllaw.com<br><br>***Counsel for Northern Industrial Holdings, LLC*** | **WOODS OVIATT GILMAN LLP**<br><br>*/s/ Donald W. O'Brien, Jr.*<br>Donald W. O'Brien, Jr.<br><br>1900 Bausch & Lomb Place<br>Rochester, NY 14604<br>585-987-2810<br>dobrien@woodsoviatt.com<br><br>***Counsel for ONX1 LLC*** |
|---|---|
| **RUPP PFALZGRAF LLC**<br><br>*/s/ John T. Kolaga*<br>John T. Kolaga<br><br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>716-854-3400<br>kolaga@rupppfalzgraf.com<br><br>***Counsel for Thompson Corners, LLC, Thompson Lawn, LLC, and Thompson NW, LLC*** | **WHITEMAN OSTERMAN & HANNA LLP**<br><br>*/s/ Philip H. Gitlen*<br>Phillip H. Gitlen<br>Arthur A. Nix<br>Jon E. Crain, Jr.<br><br>1 Commerce Plaza - 19th Floor<br>Albany, NY 12660<br>518-487-7677<br>pgitlen@woh.com<br>anix@woh.com<br>jcrain@woh.com<br><br>***Counsel for Verizon New York, Inc.*** |

SO ORDERED

_____
David N. Hurd
U.S. District Judge

Date: __February 6, 2026__

4

## **CERTIFICATE OF SERVICE**

I, Jeffrey A. Thaler, hereby certify that on February 5, 2026, I caused a copy of the foregoing Stipulation and Order of Dismissal to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Northern District of New York.

*/s/ Jeffrey A. Thaler*
Jeffrey A. Thaler, Esq. (*pro hac vice*)