UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee of Revitalizing Auto Communities Environmental Response Trust, and RACER Properties LLC,

Plaintiffs,

v.

National Grid USA, *et al.*,

Defendants.

Civil Action No. 5:18-cv-01267-DNH-ML

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

A settlement having been reached in the above-captioned matter, Plaintiffs and Counter Defendants EPLET, LLC, not individually but solely in its representative capacity as Administrative Trustee for Revitalizing Auto Communities Response Trust, and RACER Properties LLC ("Plaintiffs"), on the one hand, and Defendants and Counter Claimants ("Settling Defendants") Amparit Industries LLC, Carrier Circle Business Complex LLC, Jagar Enterprises Inc., North Midler Properties LLC, Northeast Management Services Inc., and Solvents and Petroleum Service Inc. on the other hand, hereby agree and jointly stipulate that:

1. No party hereto is an infant or incompetent;

2. All claims by Plaintiffs against each Settling Defendant shall be dismissed *with prejudice*;

3. All counterclaims by each Settling Defendant against Plaintiffs shall be dismissed *with prejudice*; and

1

4. Each Settling Defendant shall be dismissed *with prejudice* from the above-captioned

matter.

Respectfully submitted,

Date: <u>April 21, 2026</u>

| **PRETI FLAHERTY BELIVEAU & PACHIOS LLP**<br><br>*/s/ Jeffrey A. Thaler*<br>Jeffrey A. Thaler<br>Kevin C. Osantowski<br><br>P.O. Box 9546<br>One City Center<br>Portland, Maine 04112<br>(207) 791-3000<br>jthaler@preti.com<br>kosantowski@preti.com<br><br>***Counsel for Plaintiffs EPLET, LLC, not individually but solely in its capacity as Administrative Trustee of Revitalizing Auto Communities Environmental Response Trust, and RACER Properties LLC*** | **KENNEY SHELTON LIPTAK NOWAK LLP**<br><br>*/s/ Jennifer Collesano*<br>Jennifer Collesano<br><br>233 Franklin Street<br>Buffalo, NY 14202<br>716-853-3801<br>jrcollesano@kslnlaw.com<br><br>***Counsel for Defendant, Amparit Industries LLC*** |
|---|---|
| **FOGEL & BROWN, P.C.**<br><br>*/s/ Michael A. Fogel*<br>Michael A. Fogel<br><br>120 Madison Street<br>Syracuse, NY 13057<br>315-529-5939<br>mfogel@fogelbrown.com<br><br>***Counsel for Carrier Circle Business Complex LLC, Jagar Enterprises Inc., North Midler Properties LLC, and Northeast Management Services Inc.*** | **KOKOSA LAW FIRM, P.C.**<br><br>*/s/ Marc C. Kokosa*<br>Marc C. Kokosa<br><br>12 Century Hill Drive, Suite 103<br>Latham, NY 12110<br>518-907-4694<br>mkokosa@albanylawgroup.com<br><br>***Counsel for Solvents and Petroleum Service Inc.*** |

SO ORDERED

David N. Hurd
U.S. District Judge

Date: __April 22, 2026_____

3